**08 C 639**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

# Exhibit 1

RECEIVED
SEP 0 7 2007
CLAIMS

# MANHATTAN NATIONAL LIFE INSURANCE COMPANY
### A Stock Company

Life Administration Division:  205 West Fourth Street, P. O. Box 5400, Cincinnati, Ohio 45201

## READ YOUR POLICY CAREFULLY!

This policy is a legal contract between the Policyowner and Manhattan National Life Insurance Company.

**MANHATTAN NATIONAL LIFE INSURANCE COMPANY AGREES** to: 1) pay the Proceeds to the beneficiary on receipt at its Administrative Office of proof that the Insured died while this policy was in force; and 2) provide the other rights and benefits according to the terms and conditions of this policy.

**RIGHT TO CANCEL POLICY.** If the Policyowner is not satisfied with this policy, it may be cancelled on or before the 30th day after its receipt by delivering or mailing it to our Administrative Office or to the agent through whom it was purchased. Immediately upon such delivery or mailing, this policy will be treated as if it never existed.  Any premium paid will be refunded within 10 days after we have received this policy.

Signed for Manhattan National Life Insurance Company on the Policy Date.


_Charles R Scheper_
President


_Adrienne S. Kissling_
Assistant Secretary


_Theresa B. Desmoyer_
Registrar


**TERM LIFE INSURANCE TO AGE 95**
Insurance payable if the Insured dies while this policy is in force.
Premiums payable while the Insured is alive until the Expiration Date.
This policy is convertible to age 75.
This policy is nonparticipating.

SST-96

RECEIVED

SEP 0 7 2007

CLAIMS

## TABLE OF CONTENTS

| SECTION | PAGE | SECTION | | PAGE |
|---------|------|---------|---|------|
| Policy Specifications | 3 | 5 | Conversion Provision | 8 |
| | | | The New Policy | |
| Definitions | 4 | 6 | Payment of Benefits | 9 |
| 1  Death Benefit Proceeds | 4 | | Payment | |
| Proceeds | | | Payment Options | |
| | | | Payment Frequency | |
| 2  Premiums and Reinstatement | 5 | | Payment Option Rates | |
| Premium Payments | | | Basis of Values | |
| Premium Rates | | | Payment Option Guidelines | |
| Premium Payment Frequency | | | Minimum Income Tables | |
| Grace Period | | | | |
| Reinstatement | | 7 | General Provisions | 13 |
| Reserve Basis | | | Contract | |
| | | | Modifications | |
| 3  Ownership and Beneficiary | 7 | | Incontestability | |
| Owner | | | Suicide | |
| Beneficiary | | | Protection of Payments | |
| Change | | | Age or Sex | |
| Assignment | | | End of Policy | |
| 4  Exchange Provision | 7 | Notice | | |
| The New Policy | | | | |

SST-96

RECEIVED
SEP 0 7 2007
CLAIMS

POLICY AND RIDERS

POLICY SPECIFICATIONS

| FORM NUMBER | | BENEFIT | FACE AMOUNT | COVERAGE ENDS |
|---|---|---|---|---|
| SST-96 | TERM LIFE | INSURANCE | $8,500,000 | APR 30, 2038 |

## ANNUAL PREMIUM SCHEDULE*

| POLICY YEAR | POLICY | WAIVER OF PREMIUM | ACCIDENTAL DEATH | ADDITIONAL RIDERS + EXTRAS | TOTAL ANNUAL PREMIUM |
|---|---|---|---|---|---|
| 1 | $51,165.00 | | | | $51,165.00 |
| 2 | $51,165.00 | | | | $51,165.00 |
| 3 | $51,165.00 | | | | $51,165.00 |
| 4 | $51,165.00 | | | | $51,165.00 |
| 5 | $51,165.00 | | | | $51,165.00 |
| 6-10 | $51,165.00 | | | | $51,165.00 |
| 11-20 | $51,165.00 | | | | $51,165.00 |

* PREMIUMS ARE GUARANTEED TO REMAIN AT THE ABOVE AMOUNTS FOR THE FIRST 20 YEARS. AFTER THE 20TH POLICY YEAR, THE PREMIUM FOR TERM LIFE INSURANCE AND ANY ATTACHED WAIVER OF PREMIUM RIDER WILL INCREASE EACH YEAR, BUT WILL NEVER BE MORE THAN THE GUARANTEED MAXIMUM PREMIUM SHOWN ON PAGE 3-1. THE GUARANTEED MAXIMUM PREMIUM EACH YEAR WILL BE COMPUTED BASED ON THE INSURED'S ATTAINED AGE.

PREMIUMS LISTED ABOVE INCLUDE AN $80.00 POLICY FEE.

PREMIUMS PAID OTHER THAN ANNUALLY ARE DETERMINED BY MULTIPLYING THE TOTAL ANNUAL PREMIUM BY A CERTAIN PERCENTAGE. SUCH PERCENTAGES ARE .51 (SEMIANNUAL); .26 (QUARTERLY); AND .0867 (MONTHLY BANK DRAFT).

| | | | |
|---|---|---|---|
| INSURED | PETER W NAUERT | FACE AMOUNT | $8,500,000 |
| AGE AND SEX | 54 MALE | POLICY DATE | APRIL 30, 1997 |
| RATE CLASS | PREFERRED | EXPIRATION DATE | APRIL 30, 2038 |
| POLICY NUMBER | AA9703204 | | |

ST-96

3

POLICY SPECIFICATIONS (CONT'D.)
GUARANTEED MAXIMUM PREMIUMS

RATE CLASS:     PREFERRED                                    INSURED

GUARANTEED MAXIMUM ANNUAL PREMIUM TERM LIFE INSURANCE AMOUNT AFTER
THE ANNUAL PREMIUM SCHEDULE GUARANTEE PERIOD ON PAGE 3 ENDS.

| ATTAINED AGE | PREMIUM | ATTAINED AGE | PREMIUM |
|---|---|---|---|
| 74 | $1,162,370.00 | | |
| 75 | $1,291,485.00 | | |
| 76 | $1,428,930.00 | | |
| 77 | $1,573,430.00 | | |
| 78 | $1,723,455.00 | | |
| 79 | $1,882,660.00 | | |
| 80 | $2,057,250.00 | | |
| 81 | $2,251,645.00 | | |
| 82 | $2,471,285.00 | | |
| 83 | $2,718,805.00 | | |
| 84 | $2,989,360.00 | | |
| 85 | $3,276,830.00 | | |
| 86 | $3,575,520.00 | | |
| 87 | $3,882,710.00 | | |
| 88 | $4,192,365.00 | | |
| 89 | $4,508,650.00 | | |
| 90 | $4,835,900.00 | | |
| 91 | $5,179,555.00 | | |
| 92 | $5,550,920.00 | | |
| 93 | $5,965,550.00 | | |
| 94 | $6,493,145.00 | | |

RECEIVED

SEP 0 7 2007

CLAIMS

ATTAINED AGE MEANS THE INSURED'S AGE AT THE BEGINNING OF THE POLICY YEAR.
THE ABOVE RATES ARE BASED ON THE 1980 CSO MALE NON-SMOKER MORTALITY TABLE, AGE
NEAREST BIRTHDAY.

SST-96                          3-1

# DEFINITIONS

RECEIVED
SEP 0 7 2007
CLAIMS

When we use the following words, this is what We mean:

| | |
|---|---|
| You, your | The owner of this policy. |
| We, us, our | Manhattan National Life Insurance Company. |
| The Insured | The person whose life is insured under this policy, as shown on page 3. |
| Face Amount | The amount of insurance as shown on page 3 or any endorsement to page 3. |
| Age | The insured's age nearest birthday. |
| Proceeds | The amount we are obligated to pay under the terms of the policy when the Insured dies. |
| Policy Date | The date this policy takes effect, as shown on page 3. This is also the date from which Policy Anniversaries, Policy Years and Policy Months are determined. |
| Policy Anniversary | The same day and month as your Policy Date for each succeeding year your policy stays in force. |
| Policy Year | A period of 12 months beginning each year on the month and day of the Policy Date. |
| Policy Month | A period beginning each month on the day of the Policy Date and ending the next month on the day preceding the day of the Policy Date. |
| Expiration Date | The date this policy is scheduled to end. This date is shown on page 3. |
| Written Request | A request in writing signed by You. All correspondence with us should be sent to our Administrative Office: 205 West Fourth Street, Cincinnati, Ohio 45202. We may require that your policy be sent in with your request. |

## SECTION 1 — DEATH BENEFIT PROCEEDS

Proceeds

If the Insured dies while this policy is in force and before the Expiration Date, We will pay the Proceeds to the beneficiary.

The Proceeds are the sum of:

(a)   the Face Amount; PLUS
(b)   any insurance on the Insured's life that may be provided by riders to this policy; PLUS
(c)   that portion of any premium paid which applies to a period beyond the month in which the Insured dies; LESS
(d)   any unpaid premium if death occurs during the grace period.

We will pay the Proceeds to the beneficiary after we receive due proof of death and proper written claim. We will pay interest of not less than 3.5% per year from the date of death to the payment date, or any higher rate as required by law, from the date of death to the payment date.

RECEIVED

SEP 0 7 2007

CLAIMS

## SECTION 2 — PREMIUMS AND REINSTATEMENT

**Premium Payments**

Premiums must be paid to us at our Administrative Office. You may pay the first premium to us at our Administrative Office or to our agent. If you would like a receipt for a premium payment, we will give you one upon request. You may choose the frequency of the payments.

The first premium must be paid no later than when this policy is delivered. There is no insurance unless the first premium is paid while all statements and answers in all parts of the application remain correct.

Each premium after the first is due on the first day of the Policy Month following the end of the period for which the preceding premium was paid. Each premium should be paid on or before the date it is due.

**Premium Rates**

The premium on the Policy Date is the premium shown in the Annual Premium Schedule. The premium will continue at this level for the period specified in the Annual Premium Schedule on Page 3. Subsequent premiums for term life insurance and any attached waiver of premium rider are guaranteed not to exceed the amounts shown on Page 3 during the periods indicated and the amounts computed from the table on Page 3-1 in subsequent years. We will give you written notice of each premium change. We will not change the premium more than once in any Policy Year. Any policy fee shown is in addition to your annual premiums as calculated from the tables.

Premiums are based on our expectations regarding such factors as mortality, investment earnings and expenses. Any change in the premium will be based on the prospective reevaluation of these factors. We will apply any change in the premium on a uniform basis to all Insureds of the same age, sex and rate class whose policies are for the same amount of insurance and have been in force for the same length of time. We will not change the premium or rate class because of changes in the Insured's health, occupation, or other risk factors after this policy takes effect.

**Premium Payment Frequency**

We will send premium notices according to the scheduled premium chosen. You can ask us to change the amount and frequency of the premium by sending us a Written Request. You may choose from annual, semi-annual, quarterly or monthly bank draft.

**Grace Period**

We will allow you 31 days from the premium due date to pay each premium after the first. This period is called the grace period. This policy will stay in force during the grace period. If You do not pay the premium due by the end of the grace period, this policy will terminate on the day after the grace period ends.

If the Insured dies during the grace period, we will pay the death benefit, but we will deduct from it the premium needed to cover the period from the beginning of the grace period to the end of the Policy Month in which the Insured died.

## SECTION 2 — PREMIUMS AND REINSTATEMENT (Cont'd.)

**Reinstatement**

If a grace period has ended without payment of required premium and this policy has terminated, you may apply to reinstate it.  To reinstate this policy you must:

(a)  apply in writing within five years after the end of the grace period and before the Expiration Date;

(b)  provide due proof acceptable to us, that the Insured's health, occupation, and other risk factors have not materially changed since the Policy Date; and

(c)  pay all overdue premiums for the base policy and any riders plus 6% interest per year, compounded annually, from their due dates to the date of reinstatement.

The date of reinstatement will be the first day of the Policy Month on or next following the date we approve your application for reinstatement.  When this policy is reinstated, a new two-year contestable period will apply with respect to material misrepresentations made in the application for reinstatement.

**Reserve Basis**

The reserves for this policy are equal to or greater than those required by law.  A detailed statement of the method of computing reserves has been filed with the insurance supervisory official of the state in which this policy is delivered.

RECEIVED

SEP 0 7 2007

CLAIMS

## SECTION 3 — OWNERSHIP AND BENEFICIARY

**Owner**

The owner of this policy is the Insured person named on page 3, unless stated otherwise in the application or later changed. As owner, you can exercise all rights under your policy while the Insured is alive. You can change the ownership if you send us a Written Request to do so. If a new owner is named, any earlier designations will be void.

**Beneficiary**

The beneficiary is the person or persons named by you to receive the Proceeds when the Insured dies. If two or more beneficiaries are alive when the Insured dies, we will pay them in equal shares unless you have chosen otherwise.

If no beneficiary is alive when the Insured dies, you will be the beneficiary if living, otherwise your estate.

**Change**

To change the owner or beneficiary, send a Written Request while the Insured is alive. The change will not take effect until it is recorded at our Administrative Office. Once recorded, it will take effect as of the date you signed it. The change will not apply to any payment made by us before we recorded your request. If you have named an irrevocable beneficiary, you will need that beneficiary's consent in order to make a change of beneficiary.

**Assignment**

You may assign this policy. We will not be bound by any assignment unless it is in writing, signed by you, and is recorded at our Administrative Office. We are not responsible for the validity of any assignment. Any amount to be paid to an assignee will be paid in a single sum. Any claim made by an assignee will be subject to proof of the assignee's interest and the extent of the assignment.

## SECTION 4 — EXCHANGE PROVISION

You may exchange this policy for a new policy on this plan of insurance at any time after the initial premium guarantee period, subject to:

    (a)   proof of insurability acceptable to us; and
    (b)   the Insured's age not being greater than the maximum issue age for the policy at the time of exchange.

**The New Policy**

The Policy Date of the new policy will be the date of the exchange, which is the date we receive your application for exchange, accompanied by your first premium. The issue age will be the Insured's age on the date of the exchange. We will determine the rate class and approve the amount of insurance based on the evidence of insurability provided. The premiums for the new policy will be based on the premium rates in effect on the new Policy Date, and on the issue age of the new policy.

RECEIVED
SEP 0 7 2007
CLAIMS

## SECTION 5 — CONVERSION PROVISION

You may convert the amount of term life insurance provided by this policy to a new policy on a different plan of insurance. The conversion date may be the first day of any Policy Month when:

    (a)   this policy is in effect;
    (b)   all premiums due before that date have been paid; and
    (c)   the Insured is age 75 or younger.

To convert this policy, you must submit a written application and pay the first premium due on the new policy. We will not require evidence of insurability to convert the term life insurance provided by this policy.

**The New Policy**

The amount of insurance provided by the new policy will be the same as the amount of term life insurance provided by this policy. The Policy Date will be the same as the conversion date. The issue age will be the Insured's age on the conversion date. The rate class will be the same as this policy. The plan of insurance may be any life insurance plan, designated by the Company, provided:

    (a)   the plan is available to persons of the Insured's age on that date;
    (b)   the amount of insurance to be provided is available under the plan on that date; and
    (c)   our risk, excluding any riders, does not increase as a result of the conversion.

There will always be at least one policy available for issue under this section.

The premium rates for the new policy will be those in effect on the Policy Date of the new policy, based on the issue age of the new policy.

The Incontestability and Suicide provisions will be effective from the Policy Date of this policy.

RECEIVED
SEP 0 7 2007
CLAIMS

SST-96

# SECTION 6 — PAYMENT OF BENEFITS

**Payment**

Any amount to be paid under this policy will be paid in a lump sum, unless one of the following payment options is chosen. All or part of the amount to be paid may be applied to any payment option.

**Payment Options**

1. **Interest Payments** — Any amount applied under this option will earn interest that can either be paid to you monthly or left to accumulate. Interest will be credited at an effective rate of 3.5% per year or any higher rate we declare. The first interest payment will be made one month after this option takes effect. You may withdraw the accumulated interest and all or part of the amount at any time. The minimum withdrawal allowed will be $500.

2. **Fixed Period Payments** — A monthly payment, plus interest, will be made for the number of years chosen, up to a maximum of 30 years. The first payment will be made on the date this option takes effect. The present value of any unpaid monthly payments may be withdrawn at any time.

3. **Fixed Amount Payments** — Monthly payments of not less than $5 per $1,000 of the amount applied under this option will be made until the full amount plus interest has been paid. The first payment will be made on the date this option takes effect. The unpaid balance may be withdrawn at any time.

4. **Life Income Payments** — Monthly payments will be made according to the option chosen below. The first payment will be made on the date this option takes effect. Payments will be based on the payee's sex and age on the date the first payment is due. Payment will be subject to satisfactory proof of the payee's age.

   (a) **Life Income** — Payments will be made only during the lifetime of the payee.

   (b) **Life Income with Certain Period** — Payments will be made for a guaranteed period of either 10 or 20 years. Such payments will be made even if the payee dies. After the certain period, payments will only be made while the payee is alive.

   (c) **Life Income with Refund Provision** — Payments will continue after the payee dies, until the sum of the payments equals the amount applied under the option. If the payee is alive when the sum of the payments equals the amount applied under this option, payments will continue until the payee dies.

   We reserve the right to require proof that the payee is alive at any time any payment is made. You may not withdraw any amount applied to any of the life income options.

5. **Other Payment Options** — Any amount payable under this policy may be paid in any manner agreed to by us.

**Payment Frequency**

Annual, semi-annual or quarterly payments may be made instead of monthly.

**Payment Option Rates**

1. **Interest Payments, Fixed Period Payments and Fixed Amount Payments** — Amounts applied to these options will earn interest at rates declared annually by us. The minimum effective rate will be 3.5% per year. Interest in excess of 3.5% will increase the amount of payments or, for the Fixed Amount Payments Option, the period of payments will be lengthened. The present value of any unpaid payment will be based on the 3.5% interest rate. We may offer higher guaranteed rates with certain conditions on amounts and withdrawals.

2. **Life Income Options** — Payments will be based on rates declared by us. Payments will not be less than the minimums described in the Minimum Income Tables on pages 11 and 12.

RECEIVED

SEP 0 7 2007

CLAIMS

## SECTION 6 — PAYMENT OF BENEFITS (Cont'd.)

**Basis of Values**

Minimum income rates are based on the 1983 Individual Annuity Mortality Table. Interest is assumed at the rate of 3.5% per year.

**Payment Option Guidelines**

**Choice of Payment Options**

You may choose a payment option while the Insured is alive. When the Insured dies, the beneficiary may choose a payment option if no option is then in effect.

**Effective Date**

The most recent payment option chosen by you and recorded at our Administrative Office while the Insured is alive, will take effect on the date the Insured dies. All other payment options will take effect when the Written Request is recorded at our Administrative Office or later, if specified.

**Transfer Between Options**

A beneficiary receiving payment under an option with the right to withdraw may transfer the withdrawal value to any other option available.

**Life Income Option Limitations**

The life income option will not be available, except with our consent, if the payee is one of the following:

1. corporation;
2. partnership;
3. association; or
4. guardian, trustee or representative of an estate.

**Minimum Amounts**

Amounts of less than $5,000 may not be applied under any payment option. If payments are less than $20, We have the right to change the payment frequency or pay the withdrawal value.

**Payment Certificate**

At the time an amount becomes payable under a payment option, a payment certificate will be issued to the payee in exchange for this policy. The effective date of the certificate will be the effective date of the option.

**Death of Payee**

If any payments remain to be made when the payee dies, they will be made according to the terms of the payment certificate.

**Withdrawal and Change Limitations**

The right to change the method of payment will be available if it is provided in the payment certificate. Any change or withdrawal will be subject to the Payment Options and Payment Option Guidelines provisions of this policy.

**Deferment**

We may delay paying a withdrawal for up to 6 months from the date the Written Request is recorded at our Administrative Office. If we delay for 30 days or more, interest will be paid on the withdrawal at an effective rate of 3.5%. We may declare a higher rate from the date the withdrawal request is recorded to the payment date. We also may require the payment certificate for endorsement.

**Minimum Income Tables**

The tables list the minimum income per $1,000 of the amount applied under Options 2 and 4.

SST-96

10

RECEIVED

SEP 0 7 2007

CLAIMS

RECEIVED

SEP 0 7 2007

CLAIMS

## SECTION 6 — PAYMENT OF BENEFITS (Cont'd.)

### MINIMUM INCOME TABLES
### MINIMUM MONTHLY INCOME PAYMENTS FOR EACH $1,000 OF AMOUNT PAYABLE

| OPTION 2 — FIXED PERIOD PAYMENTS | | | | | |
|---|---|---|---|---|---|
| PERIOD (YEARS) | MONTHLY PAYMENTS | PERIOD (YEARS) | MONTHLY PAYMENTS | PERIOD (YEARS) | MONTHLY PAYMENTS |
| 1 | $84.65 | 11 | $ 9.09 | 21 | $ 5.56 |
| 2 | 43.05 | 12 | 8.46 | 22 | 5.39 |
| 3 | 29.19 | 13 | 7.94 | 23 | 5.24 |
| 4 | 22.27 | 14 | 7.49 | 24 | 5.09 |
| 5 | 18.12 | 15 | 7.10 | 25 | 4.96 |
| 6 | 15.35 | 16 | 6.76 | 26 | 4.84 |
| 7 | 13.38 | 17 | 6.47 | 27 | 4.73 |
| 8 | 11.90 | 18 | 6.20 | 28 | 4.63 |
| 9 | 10.75 | 19 | 5.97 | 29 | 4.53 |
| 10 | 9.83 | 20 | 5.75 | 30 | 4.45 |

The equivalent annual, semi-annual and quarterly payments equal 11.813, 5.957 and 2.991 times the monthly payments shown, respectively.

| OPTION 4 — LIFE INCOME PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| MALE | | | Age Nearest Birthday of Payee When 1st Payment Is Payable | FEMALE | | |
| 20 Year Certain | 10 Year Certain | Life Only | | Life Only | 10 Year Certain | 20 Year Certain |
| $ 3.15 | $ 3.15 | $ 3.15 | 0-5 | $ 3.09 | $ 3.09 | $ 3.09 |
| 3.16 | 3.16 | 3.16 | 6 | 3.10 | 3.10 | 3.10 |
| 3.17 | 3.17 | 3.18 | 7 | 3.11 | 3.11 | 3.11 |
| 3.18 | 3.18 | 3.19 | 8 | 3.12 | 3.12 | 3.12 |
| 3.19 | 3.20 | 3.20 | 9 | 3.13 | 3.13 | 3.12 |
| 3.20 | 3.21 | 3.21 | 10 | 3.14 | 3.14 | 3.13 |
| 3.21 | 3.22 | 3.22 | 11 | 3.15 | 3.15 | 3.14 |
| 3.23 | 3.23 | 3.24 | 12 | 3.16 | 3.16 | 3.15 |
| 3.24 | 3.25 | 3.25 | 13 | 3.17 | 3.17 | 3.17 |
| 3.25 | 3.26 | 3.26 | 14 | 3.18 | 3.18 | 3.18 |
| 3.27 | 3.28 | 3.28 | 15 | 3.19 | 3.19 | 3.19 |
| 3.28 | 3.29 | 3.29 | 16 | 3.20 | 3.20 | 3.20 |
| 3.30 | 3.31 | 3.31 | 17 | 3.22 | 3.22 | 3.21 |
| 3.32 | 3.32 | 3.33 | 18 | 3.23 | 3.23 | 3.23 |
| 3.33 | 3.34 | 3.34 | 19 | 3.24 | 3.24 | 3.24 |
| 3.35 | 3.36 | 3.36 | 20 | 3.26 | 3.26 | 3.25 |
| 3.37 | 3.38 | 3.38 | 21 | 3.27 | 3.27 | 3.27 |
| 3.39 | 3.40 | 3.40 | 22 | 3.29 | 3.29 | 3.28 |
| 3.41 | 3.42 | 3.42 | 23 | 3.31 | 3.30 | 3.30 |
| 3.43 | 3.44 | 3.44 | 24 | 3.32 | 3.32 | 3.32 |
| 3.45 | 3.46 | 3.46 | 25 | 3.34 | 3.34 | 3.33 |
| 3.47 | 3.48 | 3.49 | 26 | 3.36 | 3.36 | 3.35 |
| 3.49 | 3.51 | 3.51 | 27 | 3.38 | 3.38 | 3.37 |
| 3.52 | 3.53 | 3.54 | 28 | 3.40 | 3.40 | 3.39 |
| 3.54 | 3.56 | 3.56 | 29 | 3.42 | 3.42 | 3.41 |
| 3.57 | 3.59 | 3.59 | 30 | 3.44 | 3.44 | 3.43 |
| 3.60 | 3.62 | 3.62 | 31 | 3.46 | 3.46 | 3.45 |
| 3.62 | 3.65 | 3.65 | 32 | 3.49 | 3.48 | 3.48 |
| 3.65 | 3.68 | 3.68 | 33 | 3.51 | 3.51 | 3.50 |
| 3.68 | 3.71 | 3.72 | 34 | 3.54 | 3.54 | 3.52 |
| 3.72 | 3.75 | 3.76 | 35 | 3.57 | 3.56 | 3.55 |
| 3.75 | 3.78 | 3.79 | 36 | 3.60 | 3.59 | 3.58 |
| 3.78 | 3.82 | 3.83 | 37 | 3.63 | 3.62 | 3.61 |
| 3.82 | 3.86 | 3.87 | 38 | 3.66 | 3.65 | 3.64 |
| 3.86 | 3.90 | 3.92 | 39 | 3.69 | 3.69 | 3.67 |

SST-96

RECEIVED
SEP 0 7 2007
CLAIMS

## SECTION 6 — PAYMENT OF BENEFITS (Cont'd.)

### MINIMUM INCOME TABLES (Cont'd.)
### MINIMUM MONTHLY INCOME PAYMENTS FOR EACH $1,000 OF AMOUNT PAYABLE

| OPTION 4 — LIFE INCOME PAYMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **MALE** | | | Age Nearest Birthday of Payee When 1st Payment Is Payable | **FEMALE** | | |
| 20 Year Certain | 10 Year Certain | Life Only | | Life Only | 10 Year Certain | 20 Year Certain |
| $ 3.90 | $ 3.95 | $ 3.97 | 40 | $ 3.73 | $ 3.72 | $ 3.70 |
| 3.94 | 4.00 | 4.01 | 41 | 3.76 | 3.76 | 3.73 |
| 3.98 | 4.04 | 4.06 | 42 | 3.80 | 3.80 | 3.77 |
| 4.02 | 4.09 | 4.11 | 43 | 3.84 | 3.84 | 3.81 |
| 4.06 | 4.14 | 4.17 | 44 | 3.89 | 3.88 | 3.84 |
| 4.11 | 4.20 | 4.22 | 45 | 3.93 | 3.92 | 3.88 |
| 4.16 | 4.25 | 4.29 | 46 | 3.98 | 3.97 | 3.92 |
| 4.21 | 4.31 | 4.35 | 47 | 4.03 | 4.02 | 3.97 |
| 4.26 | 4.38 | 4.42 | 48 | 4.08 | 4.07 | 4.01 |
| 4.31 | 4.44 | 4.49 | 49 | 4.14 | 4.12 | 4.06 |
| 4.36 | 4.51 | 4.56 | 50 | 4.20 | 4.18 | 4.11 |
| 4.42 | 4.58 | 4.64 | 51 | 4.26 | 4.24 | 4.16 |
| 4.48 | 4.66 | 4.72 | 52 | 4.32 | 4.30 | 4.21 |
| 4.54 | 4.74 | 4.80 | 53 | 4.39 | 4.36 | 4.27 |
| 4.60 | 4.82 | 4.89 | 54 | 4.46 | 4.43 | 4.32 |
| 4.66 | 4.91 | 4.99 | 55 | 4.54 | 4.51 | 4.38 |
| 4.72 | 5.00 | 5.09 | 56 | 4.62 | 4.58 | 4.44 |
| 4.78 | 5.10 | 5.20 | 57 | 4.71 | 4.66 | 4.51 |
| 4.85 | 5.20 | 5.32 | 58 | 4.80 | 4.75 | 4.57 |
| 4.91 | 5.31 | 5.44 | 59 | 4.90 | 4.84 | 4.64 |
| 4.97 | 5.42 | 5.57 | 60 | 5.00 | 4.93 | 4.70 |
| 5.04 | 5.54 | 5.71 | 61 | 5.11 | 5.03 | 4.77 |
| 5.10 | 5.67 | 5.86 | 62 | 5.23 | 5.14 | 4.84 |
| 5.16 | 5.80 | 6.02 | 63 | 5.36 | 5.25 | 4.91 |
| 5.22 | 5.94 | 6.20 | 64 | 5.49 | 5.37 | 4.98 |
| 5.28 | 6.08 | 6.38 | 65 | 5.64 | 5.50 | 5.05 |
| 5.33 | 6.23 | 6.58 | 66 | 5.79 | 5.63 | 5.12 |
| 5.38 | 6.38 | 6.79 | 67 | 5.95 | 5.77 | 5.19 |
| 5.43 | 6.54 | 7.02 | 68 | 6.13 | 5.91 | 5.25 |
| 5.48 | 6.71 | 7.26 | 69 | 6.32 | 6.07 | 5.32 |
| 5.52 | 6.87 | 7.52 | 70 | 6.53 | 6.23 | 5.37 |
| 5.55 | 7.05 | 7.80 | 71 | 6.75 | 6.40 | 5.43 |
| 5.59 | 7.22 | 8.09 | 72 | 6.99 | 6.58 | 5.48 |
| 5.62 | 7.40 | 8.41 | 73 | 7.26 | 6.76 | 5.52 |
| 5.64 | 7.57 | 8.75 | 74 | 7.54 | 6.95 | 5.57 |
| 5.66 | 7.75 | 9.12 | 75 | 7.85 | 7.14 | 5.60 |
| 5.68 | 7.92 | 9.51 | 76 | 8.18 | 7.34 | 5.63 |
| 5.70 | 8.09 | 9.92 | 77 | 8.54 | 7.54 | 5.66 |
| 5.71 | 8.26 | 10.37 | 78 | 8.94 | 7.74 | 5.68 |
| 5.72 | 8.42 | 10.85 | 79 | 9.36 | 7.94 | 5.70 |
| 5.73 | 8.57 | 11.37 | 80 | 9.82 | 8.13 | 5.71 |
| 5.74 | 8.71 | 11.92 | 81 | 10.32 | 8.32 | 5.72 |
| 5.74 | 8.85 | 12.50 | 82 | 10.87 | 8.50 | 5.73 |
| 5.75 | 8.97 | 13.12 | 83 | 11.46 | 8.67 | 5.74 |
| 5.75 | 9.09 | 13.78 | 84 | 12.09 | 8.83 | 5.74 |
| 5.75 | 9.20 | 14.47 | 85 | 12.78 | 8.97 | 5.75 |
| 5.75 | 9.29 | 15.20 | 86 | 13.52 | 9.10 | 5.75 |
| 5.75 | 9.38 | 15.98 | 87 | 14.31 | 9.22 | 5.75 |
| 5.75 | 9.46 | 16.79 | 88 | 15.16 | 9.32 | 5.75 |
| 5.75 | 9.53 | 17.66 | 89 | 16.05 | 9.41 | 5.75 |
| 5.75 | 9.59 | 18.58 | 90 | 17.00 | 9.48 | 5.75 |
| 5.75 | 9.64 | 19.56 | 91 | 17.98 | 9.55 | 5.75 |
| 5.75 | 9.68 | 20.61 | 92 | 19.01 | 9.61 | 5.75 |
| 5.75 | 9.72 | 21.74 | 93 | 20.08 | 9.66 | 5.75 |
| 5.75 | 9.75 | 22.97 | 94 | 21.18 | 9.70 | 5.75 |
| 5.75 | 9.78 | 24.29 | 95 | 22.34 | 9.73 | 5.75 |

SST-96

RECEIVED

SEP 0 7 2007

CLAIMS

## SECTION 7 — GENERAL PROVISIONS

**Contract**

The entire contract consists of this policy, the attached application, any supplemental applications and any riders, amendments or endorsements attached to this policy. All statements in the application will be representations and not warranties. No statement will be used to void this policy, or to contest a claim under it, unless it appears in the application.

**Modifications**

No agent has the authority to modify, change or waive any provision of this policy. A modification will only be valid if it is in writing and signed either by our President, a Vice President, the Secretary, an Assistant Secretary or a Registrar. We may request that you submit this policy for endorsement to show any change.

**Incontestability**

We will not contest this policy after it has been in force during the Insured's life for two years from the Policy Date.

If this policy is reinstated, this provision will be measured from the reinstatement date, and will be limited to material misrepresentations in the reinstatement application.

This provision does not apply to any provision for Waiver of Premiums or Accidental Death Benefits.

**Suicide**

If the Insured commits suicide while sane or insane within two years from the Policy Date, the Proceeds will not be paid. Instead, the beneficiary will receive an amount equal to the premiums paid. If the law of the state where this policy is issued provides a shorter period, that law will govern.

**Protection of Payments**

Unless you and we agree to it, or unless otherwise provided in this policy, no one entitled to receive benefits under this policy may commute, pledge, sell or assign any part of such benefits. To the extent permitted by law, such benefits shall not be subject to the claims of any Payee's creditors or to legal process against any Payee.

**Age or Sex**

If the Insured's age or sex is misstated in the application, the Face Amount will be adjusted. The adjusted amount will be the Face Amount the premium paid would have provided based on the Insured's correct age and sex.

The age shown on page 3 is the Insured's age as of the Policy Date.

**End of Policy**

This policy will end on:

1. the date you request it ends;
2. the date the Insured dies;
3. the Expiration Date of Policy;
4. the date the grace period ends if sufficient premium has not been paid;
5. the conversion date; or
6. the exchange date;

whichever is earlier.

SST-96                                       13

# Exhibit 2

Tel 312.269.8046
Fax 312.750.6537
sgoldenberg@ngelaw.com

July 19, 2007

**VIA FEDERAL EXPRESS**

Dawn Clark
Great American Life Insurance Company
Policy Owner Services Department
525 Vine Street
Cincinnati, OH 45202

      Re:   **Policy #AA9703204A**

Dear Dawn:

    I have enclosed a Request to Exchange Rider Coverage for Individual Policy with respect to the above-captioned policy on Peter Nauert's life. As we have discussed, this should split the policy into a new policy in the face amount of $3 million, as well as the original policy with a reduced death benefit of $5,500,000. Note that the beneficiary of the new policy is as shown on Exhibit A to the enclosed form. I have also enclosed a separate letter from the Trustee of the Peter W. Nauert Family Trust which clearly explains his directions in completing this form with respect to splitting the policy.

    In the event you have any questions regarding this matter, please call me immediately. We would appreciate you processing this request to split the policy as soon as possible.

    Thank you for all of your assistance.

                        Very truly yours,

                        Susan L. Goldenberg

SLG:ldv
Enclosures
cc:   Peter W. Nauert
      Michael Cavataio
      Mike Owens (w/encl.)

NGEDOCS: 1445024.1

## <u>LETTER OF DIRECTION</u>

Great American Life Insurance Company

     **Re:**   <u>Policy No. AA9703204 (the "Original Policy")</u>

Gentlemen:

     I am the Trustee of the Peter W. Nauert Family Trust U/A/D 3/18/97 (the "Trust"), which is the owner of the Original Policy. I have enclosed your form entitled "Request to Exchange Rider Coverage for Individual Policy", and I am writing this letter in order to clarify my instructions. The purpose of submitting the enclosed form is to split off Three Million Dollars ($3,000,000) of insurance coverage from the Original Policy into a new and separate policy (the "New Policy") in the face amount of Three Million Dollars ($3,000,000) which, pursuant to discussions with Dawn Clark of your company, will have policy number AA9703204A. The Original Policy shall remain in place with a face amount of Five Million Five Hundred Thousand Dollars ($5,500,000) which is the initial face amount of the Original Policy ($8,500,000) reduced by the face amount of the New Policy. The owner of both Policies shall remain the Trust, and the beneficiary of the New Policy is as shown on the enclosed form. The beneficiary of the Original Policy shall remain the Trust (as it currently is today).

     All premium notices and correspondence with regard to both policies shall continue to be sent to the address that you currently have on file (c/o Peter W. Nauert, 4929 W. Royal Lane, Suite 200, Irving, Texas 75063), and the premiums for both policies shall continue to be paid semi-annually.

     If you have any questions with respect to this matter or with respect to the issuance of the New Policy, please contact the attorney for the Trust, Susan L. Goldenberg of Neal, Gerber & Eisenberg LLP in Chicago, Illinois, (312) 269-8046.

     Thank you for your assistance with regard to this matter.

                  Very truly yours,

                  Peter W. Nauert Family Trust U/A/D 3/18/97


                  By:  *Michael A Cavataio*
                     Michael Cavataio, not individually but
                     solely as Trustee



## GREAT AMERICAN.
### FINANCIAL RESOURCES

## REQUEST TO EXCHANGE RIDER COVERAGE FOR INDIVIDUAL POLICY

By completing, signing, and returning this form to Manhattan National Life Insurance Company®, the coverage listed under policy number AA9703204 will be split into multiple policies with the same plan of insurance.

**INSURED & OWNER    (Please Print)**

| | |
|---|---|
| NAME OF OWNER: Peter W. Nauert Family Trust U/A/D 3/18/97  Michael W. Cavataio, Trustee | Social Security#/TAX ID#: 36-7189170 |
| OWNER'S ADDRESS: c/o Peter Nauert, 4929 W. Royal Lane, Suite 200, Irving, TX 75063 | |
| PHONE NUMBER: | |
| NAME OF INDIVIDUAL CURRENTLY COVERED: Peter W. Nauert | Social Security#: |

**Existing Child Rider, if applicable:**
- ▢ Should remain on existing policy
- ▢ Should be transferred to the new policy

### New Policy Information

**TRANSFER OF OWNERSHIP    (Please Print)**

| | |
|---|---|
| NEW OWNER: Same as above | Social Security#/TAX ID#: |
| RELATIONSHIP TO INSURED: | |
| ADDRESS OF NEW OWNER: | |

**BENEFICIARY    (Please Print)**

| | |
|---|---|
| PRIMARY BENEFICIARY: See EXHIBIT A, attached hereto | Social Security#/TAX ID#: |
| RELATIONSHIP TO INSURED: | |
| ADDRESS: | |
| CONTINGENT BENEFICIARY: | Social Security#/TAX ID#: |
| RELATIONSHIP TO INSURED: | |
| ADDRESS: | |

**FACE AMOUNT:** $3,000,000 _____ (Total of split policies can not exceed the face amount of the original policy #AA9703204).

**PREMIUM MODE    (Please Print)**

▢ I elect to mail premium payments directly to Great American Life Insurance Company®. Please send premium billing notices to:
c/o Peter Nauert, 4929 W. Royal Lane, Suite 200, Irving, TX 75063
(payor name)                    (address including city, state, zip)

QUARTERLY_____    SEMI-ANNUALLY___X___    ANNUALLY_____

▢ PRE-AUTHORIZED CHECKING (Please complete the enclosed form and include a voided check with your request.)

---

(X) *Michael W Cavataio*    36-7189170        N/A
SIGNATURE OF OWNER    SS#/TAX ID#        SIGNATURE OF NEW OWNER    SS#/TAX ID#
Michael W. Cavataio, Trustee

                                                N/A
SIGNATURE OF INSURED    SS#        SPOUSE (if applicable)    SS#

GREAT AMERICAN LIFE INSURANCE COMPANY- 1-888-863-5891
MANHATTAN NATIONAL LIFE - 1-800-377-5672
LOYAL SPECIALTY- 1-888-863-5891
525 VINE ST • CINCINNATI, OH 45202
P.O. BOX 5416 • CINCINNATI, OH 45201-5416
FAX: (800) 859-0021 • E-MAIL: POS@GAFRI.COM

## EXHIBIT A

### Manhattan National Life Insurance Company
### Policy AA9703204A

The beneficiary of the above-captioned policy shall be as follows:

The proceeds of the policy shall be divided evenly among those of Jennifer Evans, Joseph Nauert ("Joseph") and Jonathan Nauert who shall be living at the death of Peter W. Nauert; provided, however, if Joseph shall be a minor at the time of Peter W. Nauert's death, any portion of the policy which shall be distributable to Joseph shall not be distributed to Joseph but shall instead be distributed to Jennifer Evans, as custodian for Joseph Nauert, a minor, under the Arizona Uniform Transfers to Minors Act.

By way of identification, Jennifer Nauert is the former spouse of Peter W. Nauert and the mother of Joseph Nauert and Jonathan Nauert. Joseph Nauert and Jonathan Nauert are the sons of Peter W. Nauert.

Jennifer Evans' social security number is 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.

Joseph Nauert's social security number is 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.

Jonathan's social security number is 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.

*Michael A Cavataio*

Michael Cavataio, as Trustee of the
Peter W. Nauert Family Trust U/A/D
3/18/97

# Exhibit 3



## GREATAMERICAN.
**FINANCIAL RESOURCES**

AUGUST 01, 2007

MICHAEL CAVATAIO TRUSTEE PETER W NAUERT FAM TRUST
INSURANCE CAPITAL MGMNT
200 W MADISON STREET, STE 550
CHICAGO, IL 60606

Policy Number:      AA9703204
Insured:            PETER W NAUERT

Dear Policyowner:

We are pleased to inform you we approved and completed the change you requested to your life
insurance policy.  The attached endorsement reflects the change you requested.  Please keep a
copy for your records.

If we can be of further assistance, feel free to contact our Policyowner Services Department at
the address or toll-free number listed below.  Thank you for allowing us to be of service.

Sincerely,

Jenny Seithel

Policyowner Services Department
Manhattan National Life Insurance Company®

Enclosure

GREAT AMERICAN LIFE INSURANCE COMPANY – 1-888-863-5891
MANHATTAN NATIONAL LIFE – 1-800-377-5672
LOYAL SPECIALTY – 1-888-863-5891
525 VINE ST • CINCINNATI, OH 45202
P.O. BOX 5416 • CINCINNATI, OH 45201-5416
FAX: (800) 859-0021• E-MAIL: POS@GAFRI.COM

## MANHATTAN NATIONAL LIFE INSURANCE COMPANY

### Endorsement

*This endorsement is made a part of the policy to which it is attached.*

The policy has been split into 2 separate policies. The Face Amount for the above referenced policy has been reduced from $8,500,000 to $5,500,000.

This change will take effect on August 3, 2007.  A copy of the request for this change is attached to and made a part of this policy.

Signed for Manhattan National Life Insurance Company on the effective date of this endorsement.

Charles R. Scheper
President

Mark F. Muething
Secretary

Form 4001-86

# Exhibit 4



**GREATAMERICAN.**
FINANCIAL RESOURCES

AUGUST 01, 2007

MICHAEL CAVATAIO TRUSTEE PETER W NAUERT FAM TRUST
INSURANCE CAPITAL MGMNT
200 W MADISON STREET, STE 550
CHICAGO, IL 60606

Policy Number:      AA9703204A
Insured:            PETER W NAUERT

Dear Policyowner:

We are pleased to inform you that we processed your request to continue coverage on your life insurance policy.

This contract is a split or your coverage on policy number AA970304. Enclosed is your certificate of insurance. Please retain it for your records.

Your next Semi-Annual payment is due October 30, 2007 in the amount of $7,244.00.

Thank you for the opportunity to be of service to you. If you should have any questions, please feel free to contact our Policyowner Services Department at the address or toll-free number listed below.

Sincerely,

*Jenny Seithel*
Jenny Seithel

Policyowner Services Department
Manhattan National Life Insurance Company®

Enclosure

GREAT AMERICAN LIFE INSURANCE COMPANY- 1-888-863-5891
MANHATTAN NATIONAL LIFE – 1-800-377-5672
LOYAL SPECIALTY- 1-888-863-5891
525 VINE ST • CINCINNATI, OH 45202
P.O BOX 5416 • CINCINNATI, OH 45201-5416
FAX: (800) 859-0021 • E-MAIL: POS@GAFRI.COM



# GREAT AMERICAN.

**FINANCIAL RESOURCES**

## POLICY CERTIFICATE

| | | | |
|---|---|---|---|
| Policy Number: | AA9703204A | Date of Issue: | **APRIL 30, 1997** |
| Plan of Insurance: | **20 YEAR TERM** | Date of Certificate: | **AUGUST 01, 2007** |
| Primary Insured: | **PETER W NAUERT** | Face Amount: | **$3,000,000** |
| Owner: | **MICHAEL CAVATAIO TRUSTEE PETER W NAUERT FAM TRUST** | | |
| Payor: | **PETER W NAUERT** | | |

Issue Age:                 54                                Premium/Mode: $7,244.00 SEMI-ANNUALLY

Additional Insured Rider: NONE                  Face Amount:

Child Term Rider:          NONE                  Face Amount:

Waiver of Premium Rider: NONE                   Amount:

Accidental Death Benefit:  NONE                  Amount:

Other Riders:

Primary Beneficiary (s):
JENNIFER EVANS, JOSEPH NAUERT AND JONATHAN NAUERT EQUALLY

This certificate is not an insurance policy or contract, but serves as proof of insurance in the event of a claim. The terms of the policy and of any endorsements, riders, or changes made to the policy describe our obligation.

GREAT AMERICAN LIFE INSURANCE COMPANY – 1-888-863-5891
MANHATTAN NATIONAL LIFE – 1-800-377-5672
LOYAL SPECIALTY – 1-888-863-5891
525 VINE ST • CINCINNATI, OH 45202
P.O. BOX 5416 • CINCINNATI, OH 45201-5416
FAX: (800) 859-0021• E-MAIL: POS@GAFRI.COM

# Exhibit 5

# GREAT AMERICAN.
### FINANCIAL RESOURCES

RECEIVED
SEP 0 7 2007
CLAIMS

Please indicate company name:

☐ GREAT AMERICAN LIFE INSURANCE COMPANY®
☐ LOYAL AMERICAN LIFE INSURANCE COMPANY℠
☒ MANHATTAN NATIONAL LIFE INSURANCE COMPANY

Mailing Address: PO BOX 5420, Cincinnati, OH 45201-5420
Overnight Address: Attn: Claims, 525 Vine St, 7th Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA9703204__

Decedent's Full Name (including maiden name if applicable): __PETER W. NAUERT__

Any Other Name(s) or Alias of Decedent: _____

Legal Residence at Death (City, State, Zip): __SANTA FE, NEW MEXICO__

Date of Death: __8/19/2007__ Cause of Death __NATURAL__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number: _____

Please enclose the entire original policy with this form. If unable, please state reason: _____

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __$1,653,958.32__ (Attach assignment forms)

## Beneficiary Information (please complete separate statement for each beneficiary)

If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.

If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).

If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.

Please indicate the claim option desired: ☒ Lump Sum  ☐ Lifetime Income  ☐ Monthly Interest Payments  ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): __ASSOCIATED BANK N.A.__    Your Social Security Number: __36-2842368__  FEIN

Your Full Mailing Address: __200 EAST RANDOLPH STREET, CHICAGO, ILLINOIS 60601__

Your Date of Birth: _____ Your Relationship to Insured: __ASSIGNEE__  Your Phone Number: __312-861-1548__

Your E-Mail Address if available: __TWEILANDT@MCDNSLAW.COM (ATTORNEY)__

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of ~~Beneficiary/Trustee/Executor~~ _____  Date: __9/6/07__
ASSOCIATED BANK   N.A.   BY: MATTHEW WOLFE,
SENIOR VICE PRESIDENT

## PLEASE REFER TO ATTACHED FRAUD WARNINGS

# Exhibit 6



Please indicate company name:

☑ **GREAT AMERICAN LIFE INSURANCE COMPANY**®
☐ **LOYAL AMERICAN LIFE INSURANCE COMPANY**℠
☐ **MANHATTAN NATIONAL LIFE INSURANCE COMPANY**

**GREAT**AMERICAN.
FINANCIAL RESOURCES

Mailing Address: PO BOX 5420, Cincinnati, OH 45201-5420
Overnight Address: Attn: Claims, 525 Vine St, 7ᵗʰ Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: *A A 9703204*

Decedent's Full Name (including maiden name if applicable): *Peter W. Nauert*

Any Other Name(s) or Alias of Decedent: *N/A*

Legal Residence at Death (City, State, Zip): *Santa Fe, NM  07501*

Date of Death: *8-19-07* Cause of Death *Cancer* (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number: _____

Please enclose the entire original policy with this form. If unable, please state reason: _____

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: _____ (Attach assignment forms)

**Beneficiary Information (please complete separate statement for each beneficiary)**

RECEIVED
SEP 1 1 2007
CLAIMS

If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.

If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).

If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.

Please indicate the claim option desired: ☒ Lump Sum   ☐ Lifetime Income   ☐ Monthly Interest Payments   ☐ Other

Note:  Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): *Commissions Funding Group Inc.* Your Social Security Number: *54-1968280*

Your Full Mailing Address: *415  4th St  NE  Suite 4, Charlottesville, VA 22902*

Your Date of Birth: *N/A* Your Relationship to Insured: *lienholder* Your Phone Number: *877-204-1275*

Your E-Mail Address if available: *Mark @ cfg-web.com*

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: *Mark Hall*          Date: *9/10/07*

## PLEASE REFER TO ATTACHED FRAUD WARNINGS

# Exhibit 7



**FINANCIAL RESOURCES**

Please indicate company name:
☐ GREAT AMERICAN LIFE INSURANCE COMPANY℠
☐ LOYAL AMERICAN LIFE INSURANCE COMPANY℠
☒ MANHATTAN NATIONAL LIFE INSURANCE COMPANY
Mailing Address: PO BOX 5420, Cincinnati, OH 45201-5420
Overnight Address: Attn: Claims, 525 Vine St, 7ᵗʰ Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA9703204__

Decedent's Full Name (including maiden name if applicable): __Peter W. Nauert__

Any Other Name(s) or Alias of Decedent: _____

Legal Residence at Death (City, State, Zip): __Santa Fe, New Mexico__

Date of Death: __Aug 19, 2007__ Cause of Death __Natural__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone
number: _____

Please enclose the entire original policy with this form. If unable, please state reason: __Lost policy, lost policy certificate included__

✷ If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __$1,500,000.00__ (Attach
assignment forms)

**Beneficiary Information (please complete separate statement for each beneficiary)**

RECEIVED
SEP 17 2007
CLAIMS

If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.

If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).

If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.

Please indicate the claim option desired: ☒ Lump Sum   ☐ Lifetime Income   ☐ Monthly Interest Payments   ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): __Trinity Bank, N.A.__   Tax ID# Your Social Security Number: __48-1302344__

Your Full Mailing Address: __3500 W. Vickery Blvd, Fort Worth, TX 76109__

Your Date of Birth: _____ Your Relationship to Insured: __Lender/Banker__ Your Phone Number: __817-569-7227__

Your E-Mail Address if available: __jharp@trinitybk.com__

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number,
and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal
Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: __Jeff Harp, President__   Date: __9-10-07__

## PLEASE REFER TO ATTACHED FRAUD WARNINGS

P.O. Box 5420, Cincinnati OH 45201-5420, 1-888-863-5891

CS(9/2006)

# Exhibit 8



**GREAT AMERICAN**
FINANCIAL RESOURCES

☐ LOYAL AMERICAN LIFE INSURANCE COMPANY®
☒ MANHATTAN NATIONAL LIFE INSURANCE COMPANY

Mailing Address: PO BOX 5420, Cincinnati, OH 45201-5420
Overnight Address: Attn: Claims, 525 Vine St, 7th Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA 9703204__

Decedent's Full Name (including maiden name if applicable): __Peter W. Nauert__

Any Other Name(s) or Alias of Decedent: __N/A__

Legal Residence at Death (City, State, Zip): __35 Polmood Farm Road, Tesuque, New Mexico 87506__
~~Santa Fe, New Mexico 87501~~

Date of Death: __08/19/07__ Cause of Death __natural__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number: __N/A__

Please enclose the entire original policy with this form. If unable, please state reason: __original policy lost__

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __N/A__ (Attach assignment forms)

### Beneficiary Information (please complete separate statement for each beneficiary)

*If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.*

*If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).*

*If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.*

Please indicate the claim option desired: ☒ Lump Sum  ☐ Lifetime Income  ☐ Monthly Interest Payments  ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): Michael A. Cavataio, Trustee of the Peter W. Nauert Family Trust U/A/D
3/18/97, 3125 Ramsgate Road, __ Your Social Security Number: __36-7189170__

Your Full Mailing Address: __Rockford, IL 61114-6149__

Your Date of Birth: __N/A__ Your Relationship to Insured: __Trust__ Your Phone Number: __815-621-0456__

Your E-Mail Address if available: __mcav1967@aol.com__

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: _Michael A Cavataio_ Date: __10-12-2007__
Trustee of the Peter W. Nauert Family Trust U/A/D 3/18/97

## PLEASE REFER TO ATTACHED FRAUD WARNINGS

P.O. Box 5420, Cincinnati OH 45201-5420, 1-888-863-5891

CS(9/2006)

RECEIVED

NOV 1 5 2007

CLAIMS

# Exhibit 9

# GREATAMERICA
**FINANCIAL RESOURCES**

☐ GREAT AMERICAN LIFE INSURANCE COMPANY®
☐ LOYAL AMERICAN LIFE INSURANCE COMPANY
☒ MANHATTAN NATIONAL LIFE INSURANCE COMPANY

**Mailing Address:** PO BOX 5420, Cincinnati, OH 45201-5420
**Overnight Address:** Attn: Claims, 525 Vine St, 7th Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA 9703204A__

Decedent's Full Name (including maiden name if applicable): __Peter W. Nauert__

Any Other Name(s) or Alias of Decedent: __N/A__

Legal Residence at Death (City, State, Zip): __Tesuque, New Mexico 87506__

Date of Death: __08/19/07__ Cause of Death __natural__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number: _____

Please enclose the entire original policy with this form. If unable, please state reason: _____

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __N/A__ (Attach assignment forms)

**Beneficiary Information (please complete separate statement for each beneficiary)**

If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.

If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).

If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.

Please indicate the claim option desired: ☒ Lump Sum ☐ Lifetime Income ☐ Monthly Interest Payments ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): __Jennifer Evans__ Your Social Security Number: __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__

Your Full Mailing Address: __4899 East Mockingbird Lane, Paradise Valley, AZ 85253__

Your Date of Birth: __09/21/60__ Your Relationship to Insured: __ex-wife__ Your Phone Number: __602.820.0088__

Your E-Mail Address if available: __Jen.evans@cox.net__

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: _____ Date: __10.18.07__

Jennifer Evans

**PLEASE REFER TO ATTACHED FRAUD WARNINGS**

P.O. Box 5420, Cincinnati OH 45201-5420, 1-888-863-5891

CS(9/2006)

**RECEIVED**

NOV 1 5 2007

**CLAIMS**

# Exhibit 10



GREAT AMERICAN
FINANCIAL RESOURCES

☐ LOYAL AMERICAN LIFE INSURANCE COMPANY[SM]
☐ MANHATTAN NATIONAL LIFE INSURANCE COMPANY
Mailing Address: PO BOX 5420, Cincinnati, OH 45201-5420
Overnight Address: Attn: Claims, 525 Vine St, 7th Floor, Cincinnati, OH 45202

## CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA 9703204A__

Decedent's Full Name (including maiden name if applicable): __Peter W. Nauert__

Any Other Name(s) or Alias of Decedent: __N/A__

Legal Residence at Death (City, State, Zip): __Tesuque, New Mexico  87506__

Date of Death: __08/19/07__ Cause of Death __natural__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number:_____

Please enclose the entire original policy with this form. If unable, please state reason:_____

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __N/A__ (Attach assignment forms)

**Beneficiary Information (please complete separate statement for each beneficiary)**

*If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.*

*If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).*

*If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.*

Please indicate the claim option desired: ☒ Lump Sum   ☐ Lifetime Income   ☐ Monthly Interest Payments   ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.

Your Full Name (print or type): __Jonathan Nauert__  Your Social Security Number: __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__

Your Full Mailing Address: __4899 East Mockingbird Lane__
__Paradise Valley, AZ  85253__

Your Date of Birth: __04/30/89__ Your Relationship to Insured: __son__  Your Phone Number:_____

Your E-Mail Address if available:_____

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: _Jonathan Nauert_  Date: __10.18.07__
Jonathan Nauert

## PLEASE REFER TO ATTACHED FRAUD WARNINGS

CS(9/2006)

RECEIVED
NOV 1 5 7007
CLAIMS

# Exhibit 11



GREAT AMERICAN.

FINANCIAL RESOURCES

☐ GREAT AMERICAN LIFE INSURANCE COMPANY®
☐ LOYAL AMERICAN LIFE INSURANCE COMPANY®
☒ MANHATTAN NATIONAL LIFE INSURANCE COMPANY

**Mailing Address:** PO BOX 5420, Cincinnati, OH 45201-5420
**Overnight Address:** Attn: Claims, 525 Vine St, 7th Floor, Cincinnati, OH 45202

# CLAIMANT'S STATEMENT

By furnishing this form for your convenience, the Insurance Company does not waive any rights nor consent to any claim.

Policy number(s) under which claim is being made: __AA 9703204A__

Decedent's Full Name (including maiden name if applicable): __Peter W. Nauert__

Any Other Name(s) or Alias of Decedent: __N/A__

Legal Residence at Death (City, State, Zip): __Tesuque, New Mexico 87506__

Date of Death: __08/19/07__ Cause of Death __natural__ (natural, homicide, accident, suicide, other).
If death was a result of homicide or accident, provide the name of the Police Department that investigated and a phone number: _____

Please enclose the entire original policy with this form. If unable, please state reason: _____

If policy is assigned (to a Funeral Home, Cemetery, etc.), amount of Assignee's claim: __N/A__ (Attach assignment forms)

## Beneficiary Information (please complete separate statement for each beneficiary)

*If the beneficiary is the Estate, we will require Letters of Appointment for the Administrator/Executor.*

*If the beneficiary is the Trust, we will require a copy of the trust showing the name(s) of the Trustee(s).*

*If the beneficiary is a minor, we will require the Court Appointed Guardianship papers for the Estate of the minor.*

Please indicate the claim option desired: ☒ Lump Sum ☐ Lifetime Income ☐ Monthly Interest Payments ☐ Other

Note: Payment will be mailed directly to you, the beneficiary, unless you indicate otherwise in writing.
Your Full Name (print or type): Jennifer Evans, as Custodian for Joseph Nauert under the Arizona Uniform Transfers to Minors Act Your Social Security Number: __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__

Your Full Mailing Address: __4899 East Mockingbird Lane, Paradise Valley, AZ 85253__

Your Date of Birth: __10/02/95__ Your Relationship to Insured: __son__ Your Phone Number: __602.820.0088__

Your E-Mail Address if available: __jen.evans@cox.net.__

"Under penalties of perjury, I certify that (1) the number shown on this form is my correct taxpayer identification number, and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding."

Signature of Beneficiary / Trustee / Executor: _Jennifer Evans_ Date: _10.18.07._
Jennifer Evans, as Custodian for
Joseph Nauert Under the Arizona Uniform
Transfers to Minors Act

**PLEASE REFER TO ATTACHED FRAUD WARNINGS**

P.O. Box 5420, Cincinnati OH 45201-5420, 1-888-863-5891

CS(9/2006)

**RECEIVED**

NOV 15 2007

**CLAIMS**

# Exhibit 12

312.269.8404
Fax 312.750.6537
sgoldenberg@ngelaw.com

November 14, 2007

**VIA FEDERAL EXPRESS**

RECEIVED

NOV 1 5 2007

CLAIMS

Allen Bevens
Claims Department
Great American Life Insurance Company
525 Vine St.
Cincinnati, Ohio 45202

Re:    **Peter W. Nauert Family Trust U/A/D 3/18/97**
**Great American Policy Nos. AA9703204 (the "Original Policy")**
**and AA9703204A (the "New Policy")**

Dear Mr. Bevens:

I have enclosed the following claim forms with respect to the above-captioned policies:

1.    Claim form executed by Michael Cavataio, as Trustee of the Peter W. Nauert Family Trust U/A/D 3/18/97 (the "Family Trust") with respect to the Original Policy; and

2.    Claim forms executed by the following persons with respect to the New Policy:

      (a)    Jennifer Evans;

      (b)    Jonathan Nauert; and

      (c)    Jennifer Evans, as Custodian under the Arizona Uniform Transfers to Minors Act for the benefit of Joseph Nauert, a minor, along with an affidavit as to the residency of said minor, and an excerpt of the Arizona Uniform Transfers to Minors Act.

You have indicated that these documents are the only outstanding items with respect to the processing of the claims for these policies.

I understand that claim forms have been submitted with respect to pledges of the Original Policy in favor of Trinity Bank, Associated Bank and Commissions Funding Group. Please note the following with regard to these pledges:

1.    <u>Commissions Funding Group</u>.  This claim is predicated on a pledge of the Original Policy by Peter Nauert, who never owned the policy. As you know, the Original Policy was owned by the Family Trust since inception, and therefore Peter Nauert did not have the power to pledge this policy. Peter Nauert was never

Allen Bevens
November 14, 2007
Page 2

the Trustee of the Family Trust, and the Family Trust is an irrevocable trust and a separate legal entity. Therefore, the pledge in favor of Commissions Funding Group is invalid, and this claim should be disregarded. Further, as I have told you, Dawn Clark of your Policy Owner Services Department previously informed me that the pledge in favor of Commissions Funding Group is invalid since it was not made by the owner of the policy. I have enclosed a copy of the e-mail from Dawn to this effect.

2.   <u>Associated Bank</u>. As you know, I have separately provided you with data on the background of Associated Bank's claim. There was a pledge of the Original Policy signed by the Family Trust in favor of Associated Bank. However, as I have informed you, this pledge recites that it secures borrowings by the Family Trust from Associated Bank (see Paragraph D of the enclosed copy of this pledge of the Original Policy which refers to borrowings by "the undersigned" which is "Michael Cavataio, Trustee"). Since the Family Trust never borrowed any funds from Associated Bank, the pledge secures nothing. Therefore, Associated Bank's claim should be disregarded. In addition, counsel for Associated Bank informed me that the Bank is attempting to use the insurance proceeds in order to satisfy a lawsuit pending in Illinois state court brought by Associated Bank against Peter Nauert (personally) and other individuals with respect to a completely separate transaction where Peter Nauert and the other defendants were personal guarantors of a loan made by Associated Bank to a separate entity formed to purchase Chicago real estate. Whether Peter Nauert has any liability to Associated Bank is a question that is being litigated in the appropriate forum. The Family Trust had nothing whatsoever to do with the separate transaction that is the subject matter of the lawsuit and clearly has no liability whatsoever to Associated Bank. In short, Associated Bank is attempting to capitalize on Peter Nauert's death by trying to collect the insurance proceeds based on a pledge that is invalid and that is irrelevant to the subject matter of the pending litigation which is the source of any sums owed to the Bank.

3.   <u>Trinity Bank</u>. There was a pledge signed by the Family Trust in favor of Trinity Bank, which was security for a loan made by Trinity Bank to another entity. However, no default has been declared by Trinity Bank, and the borrower is current on all loan payments. We therefore urge you to disregard Trinity Bank's claim.

As I have made you aware, I was told by Dawn Clark that when we split off the New Policy from the Original Policy, the New Policy would not be subject to any pledges against the Original Policy. I have forwarded to you the e-mail from Dawn confirming this, and I have enclosed another copy of this e-mail to me from Dawn dated July 24, 2007, assuring me that the New Policy would not be subject to any pledges. Therefore, the proceeds of the New Policy

**RECEIVED**

NOV 1 5 2007

CLAIMS

Allen Bevens
November 14, 2007
Page 3

should immediately be paid to the beneficiaries thereof pursuant to the enclosed claim forms regardless of any pledges encumbering the Original Policy.

Lastly, in the event that you refuse to disburse the entire proceeds of both policies to the beneficiaries pursuant to the enclosed claim forms, we request that you disburse the life insurance proceeds in excess of the aggregate amount of the claims regarding the pledges. Since the aggregate amount of these claims is $3,753,958, we hereby make demand for payment to the beneficiaries of the New Policy for the full amount of the New Policy ($3,000,000) and for payment to the Family Trust (as the beneficiary of the Original Policy) in the amount of $1,746,042. Since the only disputes with respect to these policies relate to the three pledges, there is absolutely no reason to withhold the portion of the insurance proceeds which exceeds the aggregate amount of the claims submitted with respect to these pledges.

Please call me after you have reviewed this letter with your legal counsel to advise me of your plans with regard to disbursement of the insurance proceeds.

Very truly yours,

Susan L. Goldenberg

SLG:SKE
Enclosures
cc:    Michael Cavataio, Trustee of the Peter W. Nauert Family Trust U/A/D 3/18/97 (w/enc.)
       Michael K. Owens (w/enc.)
       Lizabeth F. Horn (w/enc.)

NGEDOCS: 019528.0251:1479986.1

RECEIVED
NOV 1 5 2007
CLAIMS