**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**

**JANUARY 29, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
Manhattan National Life Insurance Company

Case Number:

v.

Associated Bank, N.A., et al.

**08 C 639**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Manhattan National Life Insurance Company

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) <br>    Robin F. Thurston | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/  Robin F. Thurston | |
| FIRM <br>    Sonnenschein Nath & Rosenthal LLP | |
| STREET ADDRESS <br>    7800 Sears Tower, 233 South Wacker Drive | |
| CITY/STATE/ZIP <br>    Chicago, IL 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6293950 | TELEPHONE NUMBER <br>    312-876-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.co