FILED
JANUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. _____   **08 C 639** |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) ) ) | **JUDGE LEINENWEBER MAGISTRATE JUDGE MASON** |
| Defendants. | ) | |

**MANHATTAN NATIONAL LIFE INSURANCE COMPANY'S
MOTION FOR LEAVE TO DEPOSIT ITS ADMITTED LIABILITY**

Manhattan National Life Insurance Company ("Manhattan Life"), by its undersigned attorneys, hereby respectfully moves for leave to deposit its admitted liability, and in support of such motion, states as follows:

1.  Contemporaneous with the filing of this motion, Manhattan Life has filed its Complaint for Interpleader, pursuant to 28 U.S.C. § 1335, to resolve competing claims to proceeds payable under life insurance policies numbered as AA9703204 and AA9703204A. These policies insured the life of Peter W. Nauert.

2.  Manhattan Life seeks an order granting it leave to deposit its admitted liability for the policies in the total sum of $8,500,000, into the Registry of the Court, subject to further order

of this Court indicating as to whom among the defendants the admitted liability should be distributed.

3. Manhattan Life seeks to deposit this admitted liability in accordance with the attached draft Order to Deposit Admitted Liability.

WHEREFORE, Manhattan National Life Insurance Company respectfully requests that this Court grant its Motion for Leave to Deposit its Admitted Liability, in the form of the attached draft Order to Deposit Admitted Liability submitted herewith.

Dated: January 29, 2008  Respectfully submitted,

By: /s/ Robin F. Thurston_____
One of the Attorneys for Plaintiff
Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)