IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) ASSOCIATED BANK, N.A., et. al., ) ) Defendants. ) | Case No. 08 CV 639 Judge Leinenweber Magistrate Judge Mason |

## NOTICE OF MOTION

TO:  Attached Service List

     On February 14, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before Judge Harry D. Leinenweber, or whichever judge is presiding in his stead, in Room 1946 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and present Manhattan National Life Insurance Company's previously filed Motion for Leave to Deposit Its Admitted Liability.

Dated:  January 31, 2008                           Respectfully submitted,


                                              By:  /s/ Robin F. Thurston
                                                    One of the Attorneys for Plaintiff
                                                    Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system and that I caused a copy of the document to be served upon the persons listed below by hand delivery:

| | |
|---|---|
| Associated Bank, N.A.<br>Lisa B. Binder, President & C.O.O.<br>200 N. Adams St.<br>Greenbay, WI 54301 | Commissions Funding Group, Inc.<br>Gregory M. Johnson, Registered Agent<br>1228 Cedars Ct.<br>Charlottesville, VA 22903-4801 |
| Trinity Bank, N.A.<br>Jeffrey M. Harp, President & C.E.O.<br>3500 W. Vickery Blvd.<br>Ft. Worth, TX 76107 | Peter W. Nauert Family Trust<br>c/o Michael Cavataio<br>3125 Ramsgate Rd.<br>Rockford, IL 61114-6149 |
| Michael Cavataio<br>Trustee of the Peter W. Nauert Family Trust<br>3125 Ramsgate Rd.<br>Rockford, IL 61114-6149 | Jennifer Evans<br>4899 East Mockingbird Lane<br>Paradise Valley, AZ 85253 |
| Jonathan Nauert<br>4899 East Mockingbird Lane<br>Paradise Valley, AZ 85253 | Joseph Nauert<br>By his custodian Jennifer Evans<br>4899 East Mockingbird lane<br>Paradise Valley, AZ 85253 |

By: /s/ Robin F. Thurston
One of the Attorneys for Plaintiffs
Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)