# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Manhattan National Life Insurance Company

          Plaintiff,

v.

Associated Bank, N.A., et al.

          Defendant.

Case No.: 1:08−cv−00639

Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

    MINUTE entry before Judge Harry D. Leinenweber : Manhattan National Life's Motion for leave to deposit now noticed for 2/14/2008 is reset for 2/19/2008 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.