U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 C 639

Manhattan National life Insurance Company
                    v.
Associated Bank, N.A., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Jennifer Evans, Jonathan Nauert, and Joseph Nauert, by his custodian Jennifer Evans

| | |
|---|---|
| NAME (Type or print) <br> Laura A. Balson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Laura A. Balson | |
| FIRM <br> GOLAN & CHRISTIE LLP | |
| STREET ADDRESS <br> 70 West Madison Street, Suite 1500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291377 | TELEPHONE NUMBER <br> (312) 263-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Laura Balson, an attorney, hereby certify that I caused the foregoing *Attorney Appearance Form* to be filed, via electronic filing this 19ʰ day of February, 2008.

\s\ Laura Balson

{00079404.DOC /}