IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his Custodian, JENNIFER EVANS, <br><br> Defendants. | No.   08 C 639 <br><br> Judge Leinenweber <br><br> Magistrate Judge Mason |

## NOTICE OF FILING

To:  Thomas A. Andreoli / Robin F. Thurston      Laura A. Balson / David K. Schmitt
     Sonnenschein Nath & Rosenthal LLP            Golan & Christie
     7800 Sears Tower                             70 West Madison Street, Suite 1500
     233 South Wacker Drive                       Chicago, IL 60602
     Chicago, IL 60606

PLEASE TAKE NOTICE that on the 19th day of February 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, the attached Answer and Cross-Claim of Trinity Bank, N.A.

TRINITY BANK, N.A.

By:   s/ Ronald H. Balson
      One of their attorneys

MICHAEL BEST & FRIEDRICH LLP
Ronald H. Balson   rhbalson@michaelbest.com
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing and Answer and Cross-Claim of Trinity Bank, N.A. was served upon the following counsel via the Court's CM/ECF system on the 19th day of February 2008, before the hour of 5:00 p.m.:

Thomas A. Andreoli
tandreoli@sonnenschein.com

Laura A. Balson
labalson@golanchristie.com

Robin F. Thurston
rthurston@sonnenschein.com

David K. Schmitt
dkschmitt@golanchristie.com

/s/ Ronald H. Balson

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Filing and Answer and Cross-Claim of Trinity Bank, N.A. was served upon the following counsel via prepaid U.S. mail on the 19th day of February 2008, before the hour of 5:00 p.m., by deposit at 180 North Stetson Avenue, Chicago, IL 60601:

Richard J. Witry
McCarthy, Duffy, Neidhart & Snakard
180 North LaSalle Street, Suite 1400
Chicago, IL 60601

/s/ Ronald H. Balson

S:\FIRM\000000\1076\C0832943.0
U:\\C0833592.7