IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | No. 08 C 639 |
| v. | ) ) | Judge Leinenweber |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**MANHATTAN NATIONAL LIFE INSURANCE COMPANY'S**
**AMENDED MOTION FOR LEAVE TO DEPOSIT ITS ADMITTED LIABILITY**

Manhattan National Life Insurance Company ("Manhattan Life"), by its undersigned attorneys, hereby respectfully moves for leave to deposit its admitted liability, and in support of such motion, states as follows:

1. On January 29, 2008, Manhattan Life has filed its Complaint for Interpleader, pursuant to 28 U.S.C. § 1335, to resolve competing claims to proceeds payable under life insurance policies numbered as AA9703204 and AA9703204A. These policies insured the life of Peter W. Nauert.

2. Manhattan Life seeks an order granting it leave to deposit its admitted liability for the policies in the total sum of $8,500,000, plus accrued interest from the date of death to the date of deposit, into the Registry of the Court, subject to further order of this Court indicating as to whom among the defendants the admitted liability should be distributed. The accrued interest

- 2 -

on the proceeds payable, calculated from the date of death to February 27,2008 (the notice date for this amended motion) at the rate of 9% was $402,792.17.

    3.    Manhattan Life seeks to deposit this admitted liability in accordance with the attached draft Order to Deposit Admitted Liability.

    WHEREFORE, Manhattan National Life Insurance Company respectfully requests that this Court grant its Motion for Leave to Deposit its Admitted Liability, in the form of the attached draft Order to Deposit Admitted Liability submitted herewith.

Dated:  February 25, 2008                      Respectfully submitted,

                                      By:    /s/  Robin F. Thurston_____
                                               One of the Attorneys for Plaintiff
                                               Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)

## CERTIFICATE OF SERVICE

I, Robin F. Thurston, hereby certify that on February 25, 2008 I electronically filed the foregoing preceding, **Manhattan National Life Insurance Company's Amended Motion for Leave to Deposit its Admitted Liability**, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filings to the following:

Laura A. Balson
Golan & Christie, LLP
70 West Madison, Suite 1500
Chicago, IL 60622
labalson@golanchristie.com

Ronald Hanley Balson
Michael Best & Friedrich LLP
180 North Stetson Ave., Suite 2000
Chicago, IL 60601
rhbalson@michaelbest.com

David K. Schmitt
Golan & Christie LLP
70 West Madison St., Suite 1500
Chicago, IL 60602
dkschmitt@golanchristie.com

I further certify that I have caused a copy of the same to be served upon the following individuals via regular U.S. mail delivery:

Afton L Gauron
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Ryan A. Walsh
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Kenneth F. Lorch
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Richard J. Witry
McCarthy, Duffy, Neidhart & Snakard
180 North LaSalle St., Suite 1400
Chicago, IL 60601

/s/ Robin F. Thurston
Robin F. Thurston,
One of the Attorneys for Plaintiffs