**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | No. 08 C 639 |
| v. | ) ) | Judge Leinenweber |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**ORDER TO DEPOSIT ADMITTED LIABILITY**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that leave is given to Manhattan National Life Insurance Company to deposit into the Registry of this Court its admitted liability in the amount of $8,500,000, plus accrued interest as of the date of deposit. The Clerk of this Court is hereby, upon entry of this Order, directed to receive said sum, issue its receipt for same, and hold said sum pending further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court is directed to deposit aforesaid sum into an interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court. No withdrawal from this deposit may be had without order of this Court.

DATED: _____     ENTERED: _____

                                                                                                                           **JUDGE**