IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | No. 08 C 639 |
| v. | ) ) | Judge Leinenweber |
| ASSOCIATED BANK, N.A., et al., | ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**NOTICE OF AMENDED MOTION**

TO:  Attached Service List

On February 27, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before Judge Harry D. Leinenweber, or whichever judge is presiding in his stead, in Room 1946 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and present Manhattan National Life Insurance Company's Amended Motion for Leave to Deposit Its Admitted Liability.

Dated:  February 25, 2008                              Respectfully submitted,


                                              By:    /s/  Robin F. Thurston_____
                                                     One of the Attorneys for Plaintiff
                                                     Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)

## **CERTIFICATE OF SERVICE**

I, Robin F. Thurston, hereby certify that on February 25, 2008 I electronically filed the foregoing preceding, **Notice of Amended Motion**, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filings to the following:

Laura A. Balson
Golan & Christie, LLP
70 West Madison, Suite 1500
Chicago, IL 60622
labalson@golanchristie.com

Ronald Hanley Balson
Michael Best & Friedrich LLP
180 North Stetson Ave., Suite 2000
Chicago, IL 60601
rhbalson@michaelbest.com

David K. Schmitt
Golan & Christie LLP
70 West Madison St., Suite 1500
Chicago, IL 60602
dkschmitt@golanchristie.com

I further certify that I have caused a copy of the same to be served upon the following individuals via regular U.S. mail delivery:

Afton L Gauron
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Ryan A. Walsh
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Kenneth F. Lorch
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Dr., Suite 3800
Chicago, IL 60606

Richard J. Witry
McCarthy, Duffy, Neidhart & Snakard
180 North LaSalle St., Suite 1400
Chicago, IL 60601

/s/ Robin F. Thurston
Robin F. Thurston,
One of the Attorneys for Plaintiffs