UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ASSOCIATED BANK, N.A., ) COMMISSIONS FUNDING GROUP, ) INC., TRINITY BANK, N.A., PETER ) W. NAUERT FAMILY TRUST, ) MICHAEL CAVATAIO, in his role as ) Trustee of the Peter W. Nauert Family ) Trust, JENNIFER EVANS, JONATHAN ) NAUERT, and JOSEPH NAUERT, by ) His custodian, JENNIFER EVANS, ) ) Defendants. ) | Case No. 08 C 639 Hon. Harry D. Leinenweber Magistrate Michael T. Mason |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on February 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting his stead, in Room 1941 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the foregoing Defendants' Motion to Reduce the Amount of Interpleader or, Alternatively, to Sever, a copy of which is attached and hereby served upon you.

Respectfully submitted,

JENNIFER EVANS, JONATHAN NAUERT, and
JOSEPH NAUERT, by his custodian, JENNIFER EVANS

By:   /s/ David K. Schmitt
         One of Their Attorneys

David K. Schmitt, Esq.
Laura A. Balson, Esq.
GOLAN & CHRISTIE LLP
70 West Madison Street, Suite 1500
Chicago, Illinois  60602
(312) 263-2300

## SERVICE LIST

Thomas Anthony Andreoli
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois  60606

Robin F. Thurston
Sonnenschein Nath & Rosenthal LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois  60606

Ronald Hanley Balson
Michael Best & Friedrich LLP
Two Prudential Plaza
180 N. Stetson Avenue
Suite 2000
Chicago, Illinois  60601

Ryan A. Walsh
Afton L. Gauron
Kenneth F. Lorch
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Drive
Suite 3800
Chicago, Illinois  60606

Richard J. Witry
Timothy E. Weilandt
McCarthy, Duffy, Neidhart & Snakard
180 North LaSalle Street
Suite 1400
Chicago, Illinois  60601

## CERTIFICATE OF SERVICE

I, David K. Schmitt, certify that I served a copy of the foregoing Defendants' Motion to Reduce the Amount of Interpleader or, Alternatively, to Sever, upon the following by facsimile, on the 25th day of February, 2008:

> Ryan A. Walsh
> Afton L. Gauron
> Kenneth F. Lorch
> Hamilton Thies Lorch & Hagnell, LLP
> 200 South Wacker Drive, Suite 3800
> Chicago, Illinois 60606
>
> Richard J. Witry
> Timothy E. Weilandt
> McCarthy, Duffy, Neidhart & Snakard
> 180 North LaSalle Street
> Suite 1400
> Chicago, Illinois 60601

The remaining parties have been served by electronic filing.

/s/ David K. Schmitt