# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 2/27/2008 |
| **CASE TITLE** | Manhattan National Life Insurance Company vs. Associated Bank, N.A. | | |

**DOCKET ENTRY TEXT**

Manhattan National Life Insurance Company's Motion for leave to deposit with the Clerk of the court, its admitted liability by 3/5/2008 is granted. Defendants' Motion to Reduce is continued to 3/5/2008 at 9:00 a.m.

Docketing to mail notices.

00:10

Courtroom Deputy Initials: WAP