Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Manhattan National life Insurance Company vs. Associated Bank, et al | | |

**DOCKET ENTRY TEXT**

Status hearing set for 5/6/2008 at 9:00 a.m. Defendants' given to 5/6/2008 in which to answer or otherwise plead. Manhattan National Life Insurance Company is dismissed.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|