Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 639 | DATE | 3/19/2008 |
| CASE TITLE | Manhattan National Life Insurance Company vs. Associated Bank, et al | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that from the proceeds deposited by Manhattan Life Insurance Company with the Registry of this Court on March 5, 2008, in the amount of $8,925,529.50 via check number 130060673 per Order of Court dated 2/27/2008, the Registry of this Court shall issue three individual checks made payable to the order of the following:(1) "Jennifer Evans",(2)"Jonathan Nauert", and (3) "Joseph Nauert, by his custodian, Jennifer Evans, each in the identical sum of $1,049,114.97, plus 11.76% of the actual interest earned on the $8,925,529.50 deposited with the Registry of this Court on 3/5/2008. The counterclaim of defendants/counter-plaintiffs Jennifer Evans, Jonathan Nauert and Joseph Nauert, by his custodian, Jennifer Evans against plaintiff/counter defendant Manhattan Life Insurance Company is dismissed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: WAP