*MHN*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 C 639 |
| v. | ) ) | Hon. Harry D. Leinenweber |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC., TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) | |

### ORDER TO DISBURSE FUNDS FROM REGISTRY OF COURT TO JENNIFER EVANS, JONATHAN NAUERT AND JOSEPH NAUERT, BY HIS CUSTODIAN, JENNIFER EVANS

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that from the proceeds deposited by Manhattan Life Insurance Company with the Registry of this Court on March 5, 2008, in the amount of $8,925,529.50 via check number 130060673 per Order of Court dated February 27, 2008, the Registry of this Court shall issue three individual checks made payable to the order of the following: (1) "JENNIFER EVANS", (2) "JONATHAN NAUERT", and (3) "JOSEPH NAUERT, by his custodian, JENNIFER EVANS", each in the identical sum of $1,049,114.97, plus 11.76% of the actual interest earned on the $8,925,529.50 deposited with the Registry of this Court on March 5, 2008. The foregoing checks shall be delivered to Jennifer

Evans, Jonathan Nauert and Joseph Nauert, by his custodian, Jennifer Evans, through their

counsel of record, David K. Schmitt, of the law firm Golan & Christie, LLP.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Counterclaim

of Defendants/Counter-Plaintiffs JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH

NAUERT, by his custodian, JENNIFER EVANS against Plaintiff/Counter-Defendant

MANHATTAN LIFE INSURANCE COMPANY is hereby dismissed.


APPROVED AS TO FORM:


David K. Schmitt, Esq.
GOLAN & CHRISTIE LLP
70 West Madison Street
Suite 1500
Chicago, Illinois 60602
(312) 263-2300
*Counsel for Defendants*
*Jennifer Evans, Jonathan Evans*
*and Joseph Nauert, by his*
*Custodian, Jennifer Evans*

Kenneth F. Lorch, Esq.
Afton L. Gauron, Esq.
HAMILTON THIES LORCH &
   HAGNELL LLP
200 South Wacker Drive, Suite 3800
Chicago, Illinois 60606
*Counsel for Defendant*
*Michael Cavataio, Trustee of the*
*Peter W. Nauert Family Trust*


Richard J. Witry
Timothy E. Weilandt
MCCARTHY, DUFFY, NEIDHART
   & SNAKARD
180 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
*Counsel for Defendant*
*Associated Bank, N.A.*

Ronald H. Balson
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
*Counsel for Defendant*
*Trinity Bank, N.A.*


DATED: 3/19/2008

ENTERED:

**JUDGE**
**HARRY D. LEINENWEBER**

2

Evans, Jonathan Nauert and Joseph Nauert, by his custodian, Jennifer Evans, through their

counsel of record, David K. Schmitt, of the law firm Golan & Christie, LLP.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Counterclaim

of Defendants/Counter-Plaintiffs JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH

NAUERT, by his custodian, JENNIFER EVANS against Plaintiff/Counter-Defendant

MANHATTAN LIFE INSURANCE COMPANY is hereby dismissed.


APPROVED AS TO FORM:



_____
David K. Schmitt, Esq.
GOLAN & CHRISTIE LLP
70 West Madison Street
Suite 1500
Chicago, Illinois 60602
(312) 263-2300
*Counsel for Defendants*
*Jennifer Evans, Jonathan Evans*
*and Joseph Nauert, by his*
*Custodian, Jennifer Evans*


_____
Kenneth F. Lorch, Esq.
Afton L. Gauron, Esq.
HAMILTON THIES LORCH &
   HAGNELL LLP
200 South Wacker Drive, Suite 3800
Chicago, Illinois 60606
*Counsel for Defendant*
*Michael Cavataio, Trustee of the*
*Peter W. Nauert Family Trust*



_____
Richard J. Witry
Timothy E. Weilandt
MCCARTHY, DUFFY, NEIDHART
   & SNAKARD
180 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
*Counsel for Defendant*
*Associated Bank, N.A.*


_____
Ronald H. Balson
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
*Counsel for Defendant*
*Trinity Bank, N.A.*


DATED: __3/19/2008__

ENTERED: _____
**JUDGE**
**HARRY D. LEINENWEBER**


2

Evans, Jonathan Nauert and Joseph Nauert, by his custodian, Jennifer Evans, through their counsel of record, David K. Schmitt, of the law firm Golan & Christie, LLP.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Counterclaim of Defendants/Counter-Plaintiffs JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS against Plaintiff/Counter-Defendant MANHATTAN LIFE INSURANCE COMPANY is hereby dismissed.

APPROVED AS TO FORM:

David K. Schmitt, Esq.
GOLAN & CHRISTIE LLP
70 West Madison Street
Suite 1500
Chicago, Illinois 60602
(312) 263-2300
*Counsel for Defendants*
*Jennifer Evans, Jonathan Evans*
*and Joseph Nauert, by his*
*Custodian, Jennifer Evans*

Kenneth F. Lorch, Esq.
Afton L. Gauron, Esq.
HAMILTON THIES LORCH &
  HAGNELL LLP
200 South Wacker Drive, Suite 3800
Chicago, Illinois 60606
*Counsel for Defendant*
*Michael Cavataio, Trustee of the*
*Peter W. Nauert Family Trust*

Richard J. Witry
Timothy E. Weilandt
MCCARTHY, DUFFY, NEIDHART
  & SNAKARD
180 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
*Counsel for Defendant*
*Associated Bank, N.A.*

Ronald H. Balson
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
*Counsel for Defendant*
*Trinity Bank, N.A.*

DATED: 3/19/2008

ENTERED:
JUDGE
HARRY D. LEINENWEBER

2