### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | No. 08 C 639 |
| v. | ) ) | Judge Leinenweber |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

### MANHATTAN NATIONAL LIFE INSURANCE COMPANY'S
### MOTION FOR COSTS AND ATTORNEY'S FEES

Manhattan National Life Insurance Company ("Manhattan Life"), by its undersigned attorneys, and pursuant to 28 U.S.C.§1335, hereby respectfully requests that the Court order reimbursement of its costs and attorney's fees in this action and in support of such motion, states as follows:

### Procedural Background

1.   Manhattan Life filed its Complaint for Interpleader on January 29, 2008, and contemporaneously filed a Motion to Deposit its Admitted Liability. (Document Nos. 1, 5).

2.   Manhattan Life filed an Amended Motion to Deposit its Admitted Liability, including accrued interest, on February 25, 2008, which was granted on February 27, 2008. (Document Nos. 21, 26).

3. Manhattan Life deposited the value of the insurance polices at issue, in addition to accrued interest, in the amount of $8,925,529.50, with the Court on March 5, 2008. (Ex. A).

4. At the March 5, 2008 hearing, counsel for Manhattan Life advised the Court that Manhattan Life planned to file a post-dismissal motion for costs and reasonable attorney's fees.

5. Thereafter, the Court dismissed Manhattan Life with leave to file the instant motion. (Document No. 27).

6. The reasonable attorney fees accrued by Manhattan Life in bringing this action and in participating in its resolution are $14,813.00 for 38 hours of legal work. (Exs. B- D). Its costs are $350.00. (Ex. E).

### Application of Legal Standard to the Facts

7. District courts have the discretion to award a disinterested stakeholder in interpleader actions its attorneys' fees and costs when it is fair and equitable to do so. *Sec. First Network Bank v. C.A.P.S., Inc.*, 2002 U.S. Dist. LEXIS 5467, *37 (N. D. Ill. 2002). Courts find that through the initiation of an interpleader action, the stakeholder has promoted judicial economy by expeditiously resolving competing claims, and that the existence of the claims is not typically due to the fault of the stakeholder. *See id* at *37-38. Through its Complaint for Interpleader, Manhattan Life has promoted the speedy resolution of this dispute, acting in the role courts expect of disinterested stakeholders.

8. Courts have awarded fees to life insurance companies for bringing interpleader actions in similar circumstances. *See, e.g.*, *Unicare Life & Health Ins. Co. v. Carl, et al.*, 2007 U.S. Dist. LEXIS 46820 (E.D. Mich. 2007) (fees were appropriately awarded to life insurance company for its initiation of an interpleader action to resolve competing claims); *John Hancock Mutual Life Ins. Co. v. Jordan, et al.*, 836 F. Supp. 743 (D. Colo. 1993) (same).

9.     Manhattan Life's initiation of the interpleader action and its course of conduct throughout makes it the type of stakeholder to whom courts award fees. Manhattan Life sought to promptly to deposit the disputed funds with the Court, filing its initial motion to do so contemporaneously with the filing of its Complaint for Interpleader. (Document No. 5). Other parties to the proceeding have admitted that Manhattan Life is a disinterested stakeholder, (Ans. to Compl. & Cross-cl. by Trinity Bank, N.A.,¶25), which was confirmed by the Court's dismissal of Manhattan Life. *See, e.g.*, *Sec. First Network Bank*, 2002 U.S. Dist. LEXIS 5467 at *39 - 43 (N. D. Ill. 2002) (declining to award fees solely on the ground that the stakeholder was not disinterested and had unduly delayed depositing funds but finding that fees would normally be awarded).

WHEREFORE, Manhattan National Life Insurance Company respectfully requests that this Court grant its Motion for Costs and Attorney's Fees with such amounts to be paid from the proceeds deposited with the Court by Manhattan Life.

Dated:  March 26, 2008                                                  Respectfully submitted,


By:     /s/  Robin F. Thurston
        One of the Attorneys for Plaintiff
        Manhattan National Life Insurance Company


Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)

**CERTIFICATE OF SERVICE**

I, Robin F. Thurston, hereby certify that on March 26, 2008 I electronically filed the foregoing preceding, **Manhattan National Life Insurance Company's Motion for Costs and Attorney's Fees**, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filings to the following:

| | |
|---|---|
| Laura A. Balson<br>Golan & Christie, LLP<br>70 West Madison St., Suite 1500<br>Chicago, IL 60622<br>labalson@golanchristie.com | Ronald Hanley Balson<br>Michael Best & Friedrich LLP<br>180 North Stetson Ave., Suite 2000<br>Chicago, IL 60601<br>rhbalson@michaelbest.com |
| Josh Goldberg<br>Fox, Hefter, Swibel, Levin & Carroll, LLP<br>200 West Madison St., Suite 3000<br>Chicago, IL 60606<br>jgoldberg@fhslc.com | Daniel S. Hefter<br>Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison St., Suite 3300<br>Chicago, IL 60606-3414<br>dhefter@fhslc.com |
| David K. Schmitt<br>Golan & Christie LLP<br>70 West Madison St., Suite 1500<br>Chicago, IL 60602<br>dkschmitt@golanchristie.com | |

I further certify that I have caused a copy of the same to be served upon the following individuals via regular U.S. mail delivery:

| | |
|---|---|
| Afton L Gauron<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 | Ryan A. Walsh<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 |
| Kenneth F. Lorch<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 | Richard J. Witry<br>McCarthy, Duffy, Neidhart & Snakard<br>180 North LaSalle St., Suite 1400<br>Chicago, IL 60601 |

/s/  Robin F. Thurston
One of the Attorneys for Plaintiff
Manhattan National Life Insurance Company