# Exhibit A

cn

Wed Mar  5 09:05:39 2008

UNITED STATES DISTRICT COURT

CHICAGO          , IL

Receipt No.   106 52009
Cashier       davidj

Tender Type   CHECK

Check Number: 130060673

Transaction Type   BD

D Code     Div No     Acct
4624         1        604700

Amount              $ 8925529.50

BANK DEPOSIT FOR 08CV639 POSTED BY
MANHATTAN NATIONAL LIFE
INSURANCE COMPANY PER ORDER OF JUDG
E LEINENWEBER DATED 02/27/08

cn

# Exhibit B



601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

January 14, 2008

Invoice No. 1003009

Client/Matter: 50023500-0006

INTERPLEADER ACTION

For Professional Services Rendered through December 31, 2007:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 12/18/07 | T. Andreoli | 0.20 | 68.00 | Telephone call with B. Gaynor and D. Hauge regarding P. Nauert interpleader action. |
| 12/19/07 | T. Andreoli | 0.60 | 204.00 | Review claims file. |
| 12/21/07 | T. Andreoli | 1.00 | 340.00 | Review file; telephone calls with claimants counsel R. Hamblin and trustee K. Lorch. |
| 12/27/07 | T. Andreoli | 0.10 | 34.00 | Letter from trustee counsel K. Lorch. |

Total Hours ▮

Fee Amount ▮

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| Totals | | ▮ | ▮ |

# Exhibit C



601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

February 19, 2008

Invoice No. 1011463

Client/Matter: 50023500-0006

INTERPLEADER ACTION

For Professional Services Rendered through January 31, 2008:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 01/06/08 | T. Andreoli | 2.20 | 1,144.00 | Complete view of claims file; email to H. Didier regarding file organization; email to Nauert family counsel R. Hamblin. |
| 01/07/08 | T. Andreoli | 0.20 | 104.00 | Review/organize litigation file. |
| 01/07/08 | H. Didier | 1.70 | 374.00 | Discuss case with T. Andreoli; organize claim documents chronologically; organize files. |
| 01/09/08 | T. Andreoli | 1.30 | 676.00 | Complete review/organization of litigation file; emails with J. Evans' counsel R. Hamblin. |
| 01/10/08 | T. Andreoli | 1.00 | 520.00 | Telephone calls with trustee counsel K. Lorch and J. Evans' counsel R. Hamblin; review related claims documents; emails with B. Gaynor. |
| 01/11/08 | T. Andreoli | 0.30 | 156.00 | Teleconference with B. Gaynor; telephone call with R. Thurston regarding preparations for complaint. |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 01/16/08 | T. Andreoli | 0.10 | 52.00 | Update with R. Thurston regarding status. |
| 01/17/08 | T. Andreoli | 0.80 | 416.00 | Confer with R. Thurston regarding complaint; review "hot" documents and related emails with B. Gaynor regarding complaint exhibits. |

INTERPLEADER ACTION

February 19, 2008

Matter: 50023500-0006
Invoice No.: 1011463

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/17/08 | R. Thurston | 0.20 | 59.00 | Meeting with T. Andreoli re drafting complaint for interpleader. |
| 01/17/08 | R. Thurston | 4.40 | 1,298.00 | Researching interpleader form and drafting complaint. |
| 01/18/08 | R. Thurston | 1.30 | 383.50 | Editing draft complaint and research re procedure to name trust as defendant. |
| 01/18/08 | R. Thurston | 0.60 | 177.00 | Editing draft complaint. |
| 01/20/08 | R. Thurston | 0.20 | 59.00 | Review claim file and compose email re missing complaint to T. Andreoli. |
| 01/21/08 | T. Andreoli | 0.30 | 156.00 | B. Gaynor email regarding lost policy; confer with D. Hauge and R. Thurston regarding same. |
| 01/22/08 | R. Thurston | 0.30 | 88.50 | Review complaint and discussion with T. Andreoli re revised complaint. |
| 01/22/08 | R. Thurston | 2.00 | 590.00 | Revise complaint and motion to deposit funds. |
| 01/23/08 | R. Thurston | 0.10 | 29.50 | Revise complaint for interpleader. |
| 01/24/08 | R. Thurston | 0.30 | 88.50 | Talk with T. Andreoli re complaint, editing. |
| 01/24/08 | R. Thurston | 0.50 | 147.50 | Revise complaint for interpleader with T. Andreoli. |
| 01/24/08 | R. Thurston | 0.10 | 29.50 | Research re domicile of National Banking Association and revise complaint. |
| 01/24/08 | R. Thurston | 0.50 | 147.50 | Revise draft 2 of the Complaint. |
| 01/24/08 | T. Andreoli | 0.70 | 364.00 | Review/revise complaint and deposit motion; conference with R. Thurston regarding same. |
| 01/25/08 | T. Andreoli | 0.80 | 416.00 | Review/revise complaint and exhibits; related discussions with R. Thurston; draft to B. Gaynor. |
| 01/25/08 | R. Thurston | 0.50 | 147.50 | Edit complaint, discussion with T. Andreoli, organize exhibits. |
| ■ | ■ | ■ | ■ | ■ |
| 01/28/08 | R. Thurston | 1.20 | 354.00 | Preparing complaint, exhibits for filing; finding registered agents for defendants. |
| 01/28/08 | T. Andreoli | 1.00 | 520.00 | Review B. Gaynor comments and related telephone call with Gaynor regarding schedule; discussions with R. Thurston regarding preparations for filing/service; e-mail to Nauert family counsel R. Hamblin regarding policy document. |

2

INTERPLEADER ACTION

February 19, 2008

Matter: 50023500-0006
Invoice No.: 1011463

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 01/29/08 | T. Andreoli | 1.00 | 520.00 | Review/revise/finalize complaint and motion for service; related discussions with R. Thurston; telephone calls with Trustee counsel K. Lorch and B. Gaynor regarding status. |
| 01/29/08 | R. Thurston | 1.40 | 413.00 | Preparing complaint, motion, order and exhibits for filing. Drafting summons. |
| 01/29/08 | R. Thurston | 0.30 | 88.50 | Final review of complaint with T. Andreoli. |
| 01/29/08 | R. Thurston | 1.00 | 295.00 | Final revisions to complaint, preparation for filing, work with docket to file. |
| 01/30/08 | R. Thurston | 1.20 | 354.00 | Draft notice of motion; discuss filing and service with T. Andreoli and T. Kost. |
| 01/30/08 | R. Thurston | 0.30 | 88.50 | Filing notice of motion; confirming service of process. |
| 01/30/08 | T. Andreoli | 0.30 | 156.00 | Confirm filing and service; related e-mail to B. Gaynor. |
| 01/31/08 | T. Andreoli | 0.10 | 52.00 | Courtesy copies to Nauert Trustee and Family counsel. |

**Total Hours**

**Fee Amount**

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| ▬ | ▬ | ▬ | ▬ |
| **Totals** | | ▬ | ▬ |

# Exhibit D



601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

March 18, 2008

**Invoice No. 1018558**

Client/Matter: 50023500-0006

INTERPLEADER ACTION

**For Professional Services Rendered through February 29, 2008:**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 02/05/08 | T. Andreoli | 0.10 | 52.00 | Telephone call with B. Gaynor regarding status. |
| ■ | ■ | ■ | ■ | ■ |
| 02/11/08 | T. Andreoli | 0.30 | 156.00 | Telephone call with B. Gaynor regarding status; discussion with R. Thurston regarding procedural issues. |
| 02/12/08 | T. Andreoli | 0.10 | 52.00 | Review scheduling Order; related email to B. Gaynor. |
| 02/13/08 | T. Andreoli | 0.10 | 52.00 | Telephone call with Trustee counsel K. Lorch. |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 02/19/08 | T. Andreoli | 2.00 | 1,040.00 | Hearing before Judge Leinenweber; conference with counsel for Trustee, Nauert family, and Associated Bank; telephone call with B. Gaynor; email from B. Gaynor regarding interest calculation; review Trinity answer/cross-claim and forward to B. Gaynor. |

INTERPLEADER ACTION

March 18, 2008

Matter: 50023500-0006
Invoice No.: 1018558

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ████████ |
| ██ | ██ | ██ | ██ | ████████ |
| ██ | ██ | ██ | ██ | ████████ |
| 02/21/08 | T. Andreoli | 0.40 | 208.00 | Telephone call with B. Gaynor regarding interest and case status/strategy; emails with Trustee counsel K. Lorch regarding deposit issues; email to counsel of records regarding interest calculation. |
| ██ | ██ | ██ | ██ | ████████ |
| 02/25/08 | R. Thurston | 1.80 | 531.00 | Finalize amended motion to deposit funds and file; serve motion on counsel. |
| 02/25/08 | T. Andreoli | 1.40 | 728.00 | Telephone call with B. Gaynor regarding interest issue and case status; review/revise amended motion to deposit funds and related discussions with R. Thurston; telephone call with Evans family counsel D. Schmitt; review Evans family motion to sever or reduce amount subject to interpleader. |
| 02/26/08 | T. Andreoli | 0.60 | 312.00 | Prepare for 2/27 hearing before Judge Leinenweber; telephone call with Evans family counsel D. Schmitt regarding compromise on funds deposit; review Trustee escrow proposal. |
| 02/27/08 | T. Andreoli | 1.10 | 572.00 | Hearing before Judge Leinenweber granting Manhattan Life motion to deposit funds; post-hearing conference with counsel; telephone call with B. Gaynor regarding status and deposit; email deposit instructions to B. Gaynor. |
| ██ | ██ | ██ | ██ | ████████ |
| ██ | ██ | ██ | ██ | ████████ |

2

# Exhibit E

## Thurston, Robin F.

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Thursday, January 31, 2008 9:49 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:08-cv-00639 Manhattan National Life Insurance Company v. Associated Bank, N.A. et al complaint

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.0

## Notice of Electronic Filing

The following transaction was entered on 1/31/2008 at 9:48 AM CST and filed on 1/29/2008
**Case Name:**     Manhattan National Life Insurance Company v. Associated Bank, N.A. et al
**Case Number:**   1:08-cv-639
**Filer:**         Manhattan National Life Insurance Company
**Document Number:** 1

**Docket Text:**
COMPLAINT filed by Manhattan National Life Insurance Company; Filing fee $ 350. (Attachments: # (1) Exhibit 1)(ef, )


**1:08-cv-639 Notice has been electronically mailed to:**

Thomas Anthony Andreoli     tandreoli@sonnenschein.com, NDIL_ECF@sonnenschein.com

Robin F. Thurston     rthurston@sonnenschein.com, NDIL_ECF@sonnenschein.com

**1:08-cv-639 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=1/31/2008] [FileNumber=4424213-0
] [28a95ba8ab96e2e8b95fdfa79095df9634bef7044ae309f154c113dea067265ec85
8176121eafd972f15c207afc2b44ae1236c89ab2e4cbe30f15ca10af97fb0]]
**Document description:** Exhibit 1
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1040059490 [Date=1/31/2008] [FileNumber=4424213-1
] [59c73b85241ff7f93afd770580ba0f113ddb69d9a432ac598c83a9f9f2605289ea2
cf11736e7f284c704c2801425ac70ed1e07a82242ed54d419ca1735ffe08d]]

3/26/2008