# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ASSOCIATED BANK, N.A., )<br>COMMISSIONS FUNDING GROUP, INC. )<br>TRINITY BANK, N.A., )<br>PETER W. NAUERT FAMILY TRUST, )<br>MICHAEL CAVATAIO, in his role as )<br>Trustee of the Peter W. Nauert Family Trust, )<br>JENNIFER EVANS, )<br>JONATHAN NAUERT, and )<br>JOSEPH NAUERT, by his custodian, )<br>JENNIFER EVANS, )<br>)<br>Defendants. ) | No. 08 C 639<br><br>Judge Leinenweber<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

TO: Attached Service List

    On April 2, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before Judge Harry D. Leinenweber, or whichever judge is presiding in his stead, in Room 1946 of the United States District Court, 219 South Dearborn, Chicago, Illinois 60604, and present Manhattan National Life Insurance Company's Motion for Costs and Attorney's Fees.

- 2 -

Dated: March 26, 2008                                  Respectfully submitted,


                                                By:    /s/  Thomas A. Andreoli
                                                       One of the Attorneys for Plaintiff
                                                       Manhattan National Life Insurance Company

Thomas A. Andreoli (ARDC # 6242429)
Robin F. Thurston (ARDC # 6293950)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
312.876.8000
312.876.7934 (Facsimile)

## CERTIFICATE OF SERVICE

I, Robin F. Thurston, hereby certify that on March 26, 2008 I electronically filed the foregoing preceding, **Notice of Motion**, with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filings to the following:

| | |
|---|---|
| Laura A. Balson<br>Golan & Christie, LLP<br>70 West Madison St., Suite 1500<br>Chicago, IL 60622<br>labalson@golanchristie.com | Ronald Hanley Balson<br>Michael Best & Friedrich LLP<br>180 North Stetson Ave., Suite 2000<br>Chicago, IL 60601<br>rhbalson@michaelbest.com |
| Josh Goldberg<br>Fox, Hefter, Swibel, Levin & Carroll, LLP<br>200 West Madison St., Suite 3000<br>Chicago, IL 60606<br>jgoldberg@fhslc.com | Daniel S. Hefter<br>Fox, Hefter, Swibel, Levin & Carroll<br>200 West Madison St., Suite 3300<br>Chicago, IL 60606-3414<br>dhefter@fhslc.com |
| David K. Schmitt<br>Golan & Christie LLP<br>70 West Madison St., Suite 1500<br>Chicago, IL 60602<br>dkschmitt@golanchristie.com | |

I further certify that I have caused a copy of the same to be served upon the following individuals via regular U.S. mail delivery:

| | |
|---|---|
| Afton L Gauron<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 | Ryan A. Walsh<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 |
| Kenneth F. Lorch<br>Hamilton Thies Lorch & Hagnell, LLP<br>200 South Wacker Dr., Suite 3800<br>Chicago, IL 60606 | Richard J. Witry<br>McCarthy, Duffy, Neidhart & Snakard<br>180 North LaSalle St., Suite 1400<br>Chicago, IL 60601 |

/s/  Robin F. Thurston
One of the Attorneys for Plaintiff
Manhattan National Life Insurance Company