# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Manhattan National Life Insurance Company vs. Associated Bank, et al | | |

**DOCKET ENTRY TEXT**

Manhattan National Life Insurance Company's Motion for Costs and Attorney's Fees with such amounts to be paid from the proceeds deposited with the Court by Manhattan Life, is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|