Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Manhattan National Life Insurance Company vs. Associated Bank, N.A., et al | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that from the proceeds deposited by Manhattan Life Insurance Company with the Registry of the Court on 3/5/2008, in the amount of $8,925,529.50 via check number 130060673, per Order of Court dated 2/27/2008, the Registry of this Court shall issue a check payable to the order of Manhattan National Life Insurance Company for $15,163.00 to reimburse Manhattan National Life Insurance Company's costs and attorney's fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP