

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff | ) No. 08 C 639 ) |
| v. | ) Judge Leinenweber ) |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC. TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his custodian, JENNIFER EVANS, | ) Magistrate Judge Mason ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER TO AWARD COSTS AND ATTORNEY'S FEES

**IT IS HEREBY ORDERED** that from the proceeds deposited by Manhattan Life Insurance Company with the Registry of the Court on March 5, 2008, in the amount of $8,925,529.50 via check number 130060673, per Order of Court dated 2/27/08, the Registry of this Court shall issue a check payable to the order of Manhattan National Life Insurance Company for $15,163.00 to reimburse Manhattan National Life Insurance Company's costs and attorney's fees. The check shall be mailed to:

Manhattan National Life Insurance Company
c/o Bill Gaynor
P.O. Box 5420; MC 525-13A
Cincinnati, OH 45201-5420

ENTERED: _____
JUDGE
HARRY D. LEINENWEBER