IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATED BANK, N.A.,<br>COMMISSIONS FUNDING GROUP, INC.<br>TRINITY BANK, N.A.,<br>PETER W. NAUERT FAMILY TRUST,<br>MICHAEL CAVATAIO, in his role as<br>Trustee of the Peter W. Nauert Family<br>Trust, JENNIFER EVANS, JONATHAN<br>NAUERT, and JOSEPH NAUERT, by his<br>Custodian, JENNIFER EVANS,<br><br>Defendants. | No.    08 C 639<br><br>Judge Leinenweber<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

To:   Kenneth Lorch / Ryan Walsh / Afton Gauron        Laura A. Balson / David K. Schmitt
      Hamilton Thies Lorch & Hagnell, LLP              Golan & Christie
      200 South Wacker Drive, Suite 3800               70 West Madison Street, Suite 1500
      Chicago, IL 60606                                Chicago, IL 60602

      Richard J. Witry                                  Daniel Hefter / Josh Goldberg
      McCarthy Duffy LLP                                Fox, Hefter, Swibel, Levin & Carroll
      180 North LaSalle Street, Suite 1400              200 West Madison Street, Suite 3000
      Chicago, IL 60601                                 Chicago, IL 60606

PLEASE TAKE NOTICE that on the 8th day of May 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Harry D. Leinenweber or any judge sitting in his stead in the United States District Court for the Northern District of Illinois Eastern Division, Room 1941, Dirksen Federal Building, and then and there present the attached Motion to Withdraw Cross-Claim and Dismiss Trinity as a Party.

TRINITY BANK, N.A.

By:   s/ Ronald H. Balson
      One of their attorneys

MICHAEL BEST & FRIEDRICH LLP
Ronald H. Balson  rhbalson@michaelbest.com
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, IL  60601-6710
Telephone: 312.222.0800
Facsimile: 312.222.0818

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion and Motion to Withdraw Cross-Claim and Dismiss Trinity as a Party was served upon the following counsel via the Court's CM/ECF system on the 30th day of April 2008, before the hour of 5:00 p.m.:

Ryan Walsh
walsh@htlhlaw.com

Afton L. Gauron
gauron@htlhlaw.com

Laura A. Balson
labalson@golanchristie.com

David K. Schmitt
dkschmitt@golanchristie.com

Richard J. Witry
rwitry@mcdnslaw.com

Daniel S. Hefter
dhefter@fhslc.com
kolson@fhslc.com
vhill@fhslc.com

Josh Goldberg
jgoldberg@fhslc.com
kwoltz@fhslc.com

A copy of the foregoing Notice of Motion and Motion to Withdraw Cross-Claim and Dismiss Trinity as a Party was served upon the following counsel via U.S. first-class mail on the 30th day of April 2008, before the hour of 5:00 p.m., by deposit at Two Prudential Plaza, 180 North Stetson Avenue, Chicago, IL 60601:

Kenneth F. Lorch
Hamilton Thies Lorch & Hagnell, LLP
200 South Wacker Drive, Suite 3800
Chicago, IL 60606

s/ Ronald H. Balson

S:\CLIENT\024658\0001\C0848445.1