UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trinity Bank, N.A.
                              Plaintiff,

v.                                               Case No.: 1:08−cv−00639
                                                 Honorable Harry D. Leinenweber

Associated Bank, N.A., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

   MINUTE entry before Judge Honorable Harry D. Leinenweber: Trinity Bank's Motion to Withdraw now noticed for 5/8/2008 is reset by the Court to 5/13/2008 at 9:30 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.