# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Manhattan National Life Insurance Company vs. Associated Bank, et al | | |

**DOCKET ENTRY TEXT**

Trinity Bank's Motion to Withdraw Cross-Claim and Dismiss Trinity as a Party is granted. Cross-Claim withdrawn and Trinity Bank is dismissed with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|