UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC., N.A., TRINITY BANK, N.A., PETER W. NAUERT FAMILY TRUST, MICHAEL CAVATAIO, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT, and JOSEPH NAUERT, by his Custodian, JENNIFER EVANS,<br><br>        Defendants. | 08 C 639<br>Judge Leinenweber<br>Magistrate Judge Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 3rd day of June, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, counsel shall appear before the Honorable Harry D. Leinenweber or any judge sitting in his stead in Courtroom 1941 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall there and then present **Motion to Dismiss Interpleader and Distribute Funds From Court Registry**, attached hereto.

Dated this 28th day of May, 2008.

                                              MICHAEL CAVATAIO, TRUSTEE OF
                                              THE PETER W. NAUERT FAMILY
                                              TRUST

                                              By: /s Josh Goldberg_____
                                                    One of his attorneys

Daniel S. Hefter
Josh Goldberg: jgoldberg@fhslc.com
**FOX HEFTER SWIBEL LEVIN & CARROLL, LLP**
200 W. Madison St., Suite 3000
Chicago, Illinois 60606
PH: (312) 224-1200
Fx: (312) 224-1202

Dated: May 28, 2008