# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 639 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Manhattan National vs. Associated Bank | | |

**DOCKET ENTRY TEXT**

Defendant Cavataio's Motion to Dismiss now noticed for 6/10/2008 is reset for 6/24/2008 at 09:30 AM.

| | Courtroom Deputy Initials: | TH |
|---|---|---|