**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MANHATTAN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No.: 08−cv−00639 |
| | ) | Honorable Harry D. Leinenweber |
| ASSOCIATED BANK, N.A., COMMISSIONS FUNDING GROUP, INC., PETER W. NAUERT FAMILY TRUST, Michael Cavataio, in his role as Trustee of the Peter W. Nauert Family Trust, JENNIFER EVANS, JONATHAN NAUERT and JOSEPH NAUERT, by His Custodian JENNIFER EVANS, | ) ) ) ) ) ) ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To: See attached service list.

　　　PLEASE TAKE NOTICE that on July 1, 2008 at 9:00a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting in his stead, in Room 1941 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the foregoing **Defendant's Motion to Vacate Order and Order Plaintiff to Produce IRS Form 712**, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　PETER W. NAUERT FAMILY TRUST,
　　　　　　　　　　　　　　　　　　　Michael Cavataio, in his role as Trustee of the
　　　　　　　　　　　　　　　　　　　Peter W. Nauert Family Trust

　　　　　　　　　　　　　　　　　　　By:　　/s Afton L. Gauron
　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Kenneth F. Lorch
Afton L. Gauron: Gauron@htlhlaw.com
HAMILTON THIES LORCH & HAGNELL LLP
200 S. Wacker Dr. Suite 3800
Chicago, Illinois 60606
312-650-8650

Dated: June 24, 2008

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion and Motion to Vacate Order and Order Plaintiff to Produce IRS Form 712 was served upon the following counsel via the Court's CM/ECF system of the 24th day of June, before the hour of 5:00p.m.:

| | |
|---|---|
| David K. Schmitt<br>dkschmitt@golanchristie.com | Thomas Anthony Andreoli<br>tandreoli@sonnenschein.com<br>NDIL_ECF@sonnenschein.com |
| Richard J. Witry<br>rwitry@mcdnslaw.com | Robin F. Thurston<br>rhurston@sonnenschein.com |
| Daniel S. Hefter<br>NDIL_ECF@sonnenschein.com<br>dhefter@fhslc.com<br>kolson@fhslc.com<br>vhill@fhslc.com | |
| Josh Goldberg<br>jgoldberg@fhslc.com<br>kwoltz@fhslc.com | |

                                                          s/ Afton L. Gauron