UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jennifer Evans
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00639
                                             Honorable Harry D. Leinenweber

Associated Bank, N.A., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 7/1/2008. Status hearing set for 7/15/2008 at 09:00 AM.Defendant's Motion to Dismiss is continued to 7/15/2008 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.